# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Maine

Case Number: 06-CV-00052-DBH

Plaintiff:
**David L. Fredrick**

vs.

Defendant:
**St. Matthew's University (Cayman LTD.)**

For:
Barry A. Bachrach
Bowditch & Dewey, LLP
P.O. Box 15156
Worcester, MA  01615-0156

Received by PROCESS XPRESS on the 14th day of March, 2006 at 11:14 am to be served on **Jerry W. Thornton, PhD, Vice-President of St. Matthew's University (Cayman Ltd.), 1750 W. Broadway St., Ste. 222, Oviedo, FL 32765**.

I, Trent Brace, being duly sworn, depose and say that on the **15th day of March, 2006** at **11:45 am, I:**

Served the within named corporation by delivering a true copy of the **Summons, Civil Cover Sheet, Complaint for Declaratory Judgment; and Amended Complain for Declaratory Judgment** with the date and hour of service endorsed thereon by me to Elizabeth Ibarra as Executive Assistant to Jerry Thornton, PhD. of the within named corporation, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

_Trent W Brace_

**Trent Brace**
CPS #2005-0531-BRA

Subscribed and Sworn to before me on the 16th day of March, 2006 by the affiant who is personally known to me.

_Nina Crawford_
NOTARY PUBLIC

Nina Crawford
My Commission DD165850
Expires December 12, 2006

**PROCESS XPRESS**
**P.O. Box 532053**
**Orlando, FL  32853-2053**
**(407) 327-9572**

Our Job Serial Number: 2006001705