# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| DAVID L. FREDRICK | ) | Case No. 06-CV-00052-DBH |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| VS. | ) | ENTRY OF APPEARANCE OF |
| | ) | TERRI R. HANLEY, ESQ. TO APPEAR |
| ST. MATTHEW'S UNIVERSITY | ) | AS COUNSEL |
| (CAYMAN LTD.), | ) | |
| | ) | |
| DEFENDANT | ) | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned is appearing as counsel for St. Matthew's University (CAYMAN LTD)in the above-captioned case, and request that copies of all notices, papers and orders served, or given or required to be served or given in this case, to or upon St. Matthew's University (Cayman Ltd), be given to and served upon the undersigned at the office and telephone number set forth below.

Dated:  April 4, 2006

/s/ Terri R. Hanley, Esq.
Terri R. Hanley, Esq.
Attorney St. Matthew's University
 (Cayman Ltd.)
Kronenberger Hanley, LLP
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
(415) 955-1155

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 4, 2006 by docket entry 06-CV-00052-DBH I electronically filed a Notice of Appearance and Request for Service of Papers with the Clerk of the United States District Court using the CM/ECF System to all of the participants listed on the Notice of Electronic Filing attached to said docket entry under the category **" Notice will be electronically mailed to:";**

      and hereby certify that I have mailed by U.S. Postal Service the Document to the participant listed on the Notice of Electronic Filing attached to said docket entry under the category **"Notice will not be electronically mailed to:"** to the address stated therein.
**Barry A. Bachrach, Esq., Bowditch & Dewey, LLP, 311 Main Street, P.O. Box 15156, Worcester, MA 01615-0156**


Date: April 4, 2006                            /s/ Terri R. Hanley, Esq._____
                                                  Terri L. Hanley, Esq.
                                                  Attorney for St. Matthew's University
                                                   (Cayman Ltd)