**KRONENBERGER HANLEY, LLP**
Karl S. Kronenberger (*Pro Hac Vice Pending*)
Terri R. Hanley (*Pro Hac Vice Pending*)
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158

P.J. Perrino, Jr. (Me. Bar No. 1675)*(Local Counsel)*
128 State Street, P.O. Box 49
Augusta, Maine 04332-0049
Telephone:  (207) 622-1918
Facsimile:   (207) 622-4531

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **DAVID L. FREDRICK,**<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>**ST. MATTHEW'S UNIVERSITY (CAYMAN LTD.),**<br><br>　　　　　Defendant. | Case No. 06-CV-00052-DBH<br><br>**CERTIFICATION OF KARL S. KRONENBERGER, ESQ. TO APPEAR AS COUNSEL *PRO HAC VICE*** |

**CERTIFICATION OF KARL S. KRONENBERGER**

I, Karl S. Kronenberger, declare the following:

    1.    I am an attorney admitted to practice law before, and in good standing with, the state court of California, the state of Ohio, the state of Georgia, the federal district courts of the Northern and Central Districts of California, and the Ninth Circuit Court of Appeals. I have not been suspended or disbarred from practice in any court, nor is there any such proceeding against me.

    2.    I am a partner at the law firm of Kronenberger Hanley, LLP, located at 220 Montgomery Street, Suite 1920, San Francisco, CA 94104.

    3.    I will associate with P.J. Perrino, Jr. of Law Offices of P.J. Perrino, Jr. in this action. Mr. Perrino is an attorney admitted to practice in this court, and will serve as local counsel for Defendant St. Matthew's University (Cayman Ltd.).

    4.    I hereby request leave of this Court to appear in the above captioned action as counsel *pro hac vice* on behalf of Defendant St. Matthew's University (Cayman Ltd.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully Submitted,

DATED: April 3, 2006.

                        By: /s/   Karl S. Kronenberger
                              Karl S. Kronenberger

KRONENBERGER HANLEY, LLP
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
www.KronenbergerLaw.com

# CERTIFICATE OF SERVICE

I am a resident of the State of Maine over the age of eighteen years and not a party to this action. My business address is 128 State Street, Augusta, Maine 04330.

On April 4, 2006, I served the following document(s):

**1. CERTIFICATION OF KARL S. KRONENBERGER, ESQ. TO APPEAR AS COUNSEL *PRO HAC VICE***

on the parties listed below as follows:

**BARRY A. BACHRACH**
Bowditch & Dewey, LLP
311 Main Street
PO Box 15156
Worcester, MA 01615-0156
Fax: 508-929-3003
Counsel for Defendant
FREDRICK

[ ] BY FACSIMILE MACHINE (FAX), by personally transmitting a true copy thereof via an electronic facsimile machine to the fax number listed herein.

[X] BY FIRST CLASS MAIL, by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid, for collection and mailing, in Augusta, Maine, following ordinary business practices, which is deposited with the US Postal Service the same day as it is placed for processing.

[ ] BY PERSONAL SERVICE, by personally delivering a true copy thereof to the addresse(s) listed herein at the location listed herein.

[ ] BY OVERNIGHT DELIVERY containing a true copy thereof to the addresse(s) listed herein at the location listed herein.

[ ] BY EMAIL to the addresses listed above.

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/ Marcia Kulpa
Marcia Kulpa