1    **KRONENBERGER HANLEY, LLP**
     Karl S. Kronenberger (*Pro Hac Vice Pending*)
2    Terri R. Hanley (*Pro Hac Vice Pending*)
     220 Montgomery Street, Suite 1920
3    San Francisco, CA 94104
     Telephone:  (415) 955-1155
4    Facsimile:    (415) 955-1158

5    P.J. Perrino, Jr. (Me. Bar No. 1675)*(Local Counsel)*
     128 State Street, P.O. Box 49
6    Augusta, Maine 04332-0049
     Telephone:  (207) 622-1918
7    Facsimile:    (207) 622-4531

8    Attorneys for Defendant

9

10                  **UNITED STATES DISTRICT COURT**
                          **DISTRICT OF MAINE**
11

12

13   **DAVID L. FREDRICK,**                    Case No. 06-CV-00052-DBH

14              Plaintiff,

15        vs.                                  **REQUEST FOR JUDICIAL NOTICE OF
                                               COURT DOCUMENTS, DISTRICT OF**
16   **ST. MATTHEW'S UNIVERSITY**              **NEVADA (Case No. CV-S-05-0848-**
     **(CAYMAN LTD.),**                        **BES-LRL)**
17
                Defendant.
18

19

20

21

22

23

24

25

26

27

28

                                                   **REQUEST FOR JUDICIAL NOTICE**

KRONENBERGER HANLEY, LLP
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
www.KronenbergerLaw.com

1    Defendant ST. MATTHEW'S UNIVERSITY (CAYMAN LTD.) (hereafter "SMU")

2    hereby requests that the Court take judicial notice of the following documents, and their

3    respective attachments and exhibits thereto, relating to the action filed by Plaintiff St.

4    Matthew's University (Cayman Ltd) against, among other defendants, David L. Fredrick

5    (the plaintiff in this action, hereafter "FREDRICK") in the United States District Court,

6    District of Nevada (*St. Matthew's University (Cayman Ltd.) v. Saba University School of*

7    *Medicine Foundation,* Case Number CV-S-05-0848-BES-LRL):

8    1.    Amended Complaint filed by Plaintiff St. Matthew's University (Cayman

9          Ltd) on October 28, 2005, and served on Defendant David L. Fredrick on

10         December 30, 2005, attached hereto as Exhibit A;

11   2.    Affidavit of Service of Summons and First Amended Complaint on

12         Defendant David L. Fredrick, certifying service on Defendant David L.

13         Fredrick on December 30, 2005, attached hereto as Exhibit B;

14   3.    Defendant David L. Fredrick's Motion to Dismiss Plaintiff's Complaint,

15         Affidavit of David L. Fredrick, filed on February 15, 2006, attached hereto

16         as Exhibit C;

17   4.    Consolidated Opposition to Defendant David L. Fredrick's Motion to

18         Dismiss Plaintiff's Complaint and Defendant Patricia Hough's, and

19         Defendant AAIMG's Motion to Dismiss the Second, Third, Fifth and Sixth

20         Claim filed by Plaintiff St. Matthew's University (Cayman Ltd.) on March 7,

21         2006, attached hereto as Exhibit D;

22   5.    Declaration of Karl Kronenberger in Support of Plaintiff's Consolidated

23         Opposition to Defendant David L. Fredrick's Motion to Dismiss Plaintiff's

24         Complaint and Defendant Patricia Hough's, and Defendant AAIMG's

25         Motion to Dismiss the Second, Third, Fifth and Sixth Claim, filed by Plaintiff

26         St. Matthew's University (Cayman Ltd.) on March 7, 2006, attached hereto

27         as Exhibit E;

28

KRONENBERGER HANLEY, LLP
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
www.KronenbergerLaw.com

1

**REQUEST FOR JUDICIAL NOTICE**

6.    Reply of David L. Fredrick to Plaintiff's Opposition to Defendant David L. Fredrick's Motion to Dismiss Plaintiff's Amended Complaint filed on March 20, 2006, attached hereto as Exhibit F;

7.    Order To Lift Seal, entered and signed by the Honorable Lawrence R. Leavitt on March 3, 2006, attached hereto as Exhibit G;

8.    Order For Alternative Service, entered and signed by the Honorable Lawrence R. Leavitt on March 3, 2006., attached hereto as Exhibit H; *and*

9.    Case docket (as it appears on PACER) – current as of April 3, 2006, attached hereto as Exhibit I.

SMU submits this request pursuant to Federal Rule of Evidence 201, which authorizes the judicial notice of facts that are capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably be questioned, and which makes judicial notice of such matters mandatory if requested by a party and supplied with the necessary information.  Fed. R. Evid. 201(b) & (d).  Courts in the First Circuit have indicated that court files are among those matters of which a court must take judicial notice if supplied with the requisite information.  *Graham V. Smith*, 292 F.Supp. 2d 153, nt. 2 (*citing* 21 Wright & Graham, Federal Practice and Procedure: Evidence § 5106; *Lussier v. Runyon*, 50 F.3d 1103, 1114 n. 14 (1st Cir.1995)); see also *Mullis v. United States Bank. Ct.,* 828 F.2d 1385, 1388, fn. 9 (9th Cir. 1987).

The documents referenced above, with the exception of the case docket (Document #9), were all either filed with or issued from the Nevada Court, and are accordingly a part of the Nevada Court's file.  For these reasons, SMU respectfully requests that this Court take judicial notice of these documents and consider the documents in connection with its ruling on SMU's Motion to Dismiss the Amended Complaint.

///

KRONENBERGER HANLEY, LLP
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
www.KronenbergerLaw.com

2

**REQUEST FOR JUDICIAL NOTICE**

1   Respectfully Submitted,

2

3   DATED: April 3, 2006.

4                                               **KRONENBERGER HANLEY, LLP**

5

6                                       By:  /s/   Karl S. Kronenberger _____

7                                           Karl S. Kronenberger
                                            Attorneys for Defendant
8                                           ST. MATTHEW'S UNIVERSITY
                                            SCHOOL OF MEDICINE (CAYMAN )
9

10  DATED: April 4, 2006.

11

12                                      By: /s/__P.J. Perrino, Jr._____

13                                          P.J. Perrino, Jr.
                                            Attorney for Defendant
14                                          ST. MATTHEW'S UNIVERSITY
                                            SCHOOL OF MEDICINE (CAYMAN )
15

16

17

18

19

20

21

22

23

24

25

26

27

28

KRONENBERGER HANLEY, LLP
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
www.KronenbergerLaw.com

3

**REQUEST FOR JUDICIAL NOTICE**

**DECLARATION OF KARL S. KRONENBERGER**

I, Karl S. Kronenberger, declare the following:

1.    I am an attorney admitted to practice law before, and in good standing with, the state court of California, the federal district courts of the Northern and Central Districts of California, and the Ninth Circuit Court of Appeals.

2.    I am a partner at the law firm of Kronenberger Hanley, LLP, attorneys of record for Plaintiff St. Matthew's University (Cayman Ltd) in the action filed against, among other defendants, David L. Fredrick (the plaintiff in this action), in the United States District Court, District of Nevada (*St. Matthew's University (Cayman Ltd.) v. Saba University School of Medicine Foundation,* Case Number CV-S-05-0848-BES-LRL).  The exhibits attached hereto are true and correct copies of documents related to this action filed in Nevada.

3.    Attached hereto as Exhibit A is a true and correct copy of the Amended Complaint filed by St. Matthew's University (Cayman Ltd) on October 28, 2005, and served on Defendant David L. Fredrick on December 30, 2005.

4.    Attached hereto as Exhibit B is a true and correct copy of the Affidavit of Service of Summons and First Amended Complaint on Defendant David L. Fredrick, certifying service on Defendant David L. Fredrick on December 30, 2005.

5.    Attached hereto as Exhibit C is a true and correct copy of Defendant David L. Fredrick's Motion to Dismiss Plaintiff's Complaint, Affidavit of David L. Fredrick, filed on February 15, 2006.

6.    Attached hereto as Exhibit D is a true and correct copy of the Consolidated Opposition to Defendant David L. Fredrick's Motion to Dismiss Plaintiff's Complaint and Defendant Patricia Hough's, and Defendant AAIMG's Motion to Dismiss the Second, Third, Fifth and Sixth Claim filed by Plaintiff St. Matthew's University (Cayman Ltd.) on March 7, 2006.

7.    Attached hereto as Exhibit E is a true and correct copy of the Declaration of Karl Kronenberger in Support of Plaintiff's Consolidated Opposition to Defendant

KRONENBERGER HANLEY, LLP
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
www.KronenbergerLaw.com

4

**REQUEST FOR JUDICIAL NOTICE**

1   David L. Fredrick's Motion to Dismiss Plaintiff's Complaint and Defendant Patricia

2   Hough's, and Defendant AAIMG's Motion to Dismiss the Second, Third, Fifth and Sixth

3   Claim, filed by Plaintiff St. Matthew's University (Cayman Ltd.) on March 7, 2006.

4        8.      Attached hereto as Exhibit F is a true and correct copy of the Reply of

5   David L. Fredrick to Plaintiff's Opposition to Defendant David L. Fredrick's Motion to

6   Dismiss Plaintiff's Amended Complaint filed on March 20, 2006.

7        9.      Attached hereto as Exhibit G is a true and correct copy of the Order To Lift

8   Seal, entered and signed by the Honorable Lawrence R. Leavitt on March 3, 2006.

9        10.     Attached hereto as Exhibit H is a true and correct copy of the Order For

10  Alternative Service, entered and signed by the Honorable Lawrence R. Leavitt on March

11  3, 2006.

12       11.     Attached hereto as Exhibit I is a true and correct copy of the case docket

13  as it appears on PACER – current as of April 3, 2006.

14

15       I declare under penalty of perjury under the laws of the United States of America

16  that the foregoing is true and correct.

17

18  DATED: April 3, 2006.

19

20                              By:  /s/  Karl S. Kronenberger

21                                   Karl S. Kronenberger

22

23

24

25

26

27

28

KRONENBERGER HANLEY, LLP
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
www.KronenbergerLaw.com

5

**REQUEST FOR JUDICIAL NOTICE**

**CERTIFICATE OF SERVICE**

I am a resident of the State of Maine, over the age of eighteen years and not a party to this action.   My business address is 128 State Street, Augusta, Maine 04330.

On April 4, 2006, I served the following document(s):

**1.  REQUEST FOR JUDICIAL NOTICE;  DECLARATION OF KARL S. KRONENBERGER IN SUPPORT THEREOF.**

on the parties listed below as follows:

**BARRY A. BACHRACH**
Bowditch & Dewey, LLP
311 Main Street
PO Box 15156
Worcester, MA 01615-0156
Fax:  508-929-3003
Counsel for Defendant
FREDRICK

☐   BY FACSIMILE MACHINE (FAX), by personally transmitting a true copy thereof via an electronic facsimile machine to the fax number listed herein.

☒   BY FIRST CLASS MAIL, by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid, for collection and mailing, in San Francisco, California, following ordinary business practices, which is deposited with the US Postal Service the same day as it is placed for processing.

☐   BY PERSONAL SERVICE, by personally delivering a true copy thereof to the address(es) listed herein at the location listed herein.

☐   BY OVERNIGHT DELIVERY containing a true copy thereof to the address(es) listed herein at the location listed herein.

☐   BY EMAIL to the addresses listed above.

☐   (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.


/s/  Marcia Kulpa
Marcia Kulpa

**CERTIFICATE OF SERVICE**