There are no significant changes since the last site visit. There is some improvement noted in the permanent campus building that sits next to a bottling plant in an industrial area of Vieux Fort. There is a small stable faculty who each teach several courses. Nearly all are foreign trained with the exception of 2 Spartan graduates who never completed residencies. There is no alteration in the minimal four trimester basic science curriculum which is taught in a piecemeal approach. It is impossible for all the basic science and pre-clinical topics to be covered in such a short time frame. Two cadavers, one male and one female, are present in the tiny anatomy lab. There is a small library with internet access but the holdings of books and journals are insufficient. There is no listing of hospital affiliations and students must pay own clerkship fees, which can be several hundred dollars a month. 66 weeks of required core clerkships includes only 6 weeks of Pediatrics but 20 weeks of core surgery and surgical subspecialties. The main teaching hospital is a small facility for civil servants in Juarez, Mexico, which tends to run a low census. There is little structure to the teaching program and students must often find there own clerkships in the USA. Federal loans were withdrawn 1997. Despite establishment in 1981 and claims of licensed graduates in 40 states, this school can provide the names of fewer than 60 licensed graduates. There is a history of legal sanctions by California and injunctions by the Texas Attorney General.

- **St. James School of Medicine**, Bonaire, Netherlands Antilles, 2000
  **Deficiencies**
  Section I a,b,c,d,f,g,h
  Section II a,b,c,d,e,f,g,h,j,k,l
  Section III b,c,d,g,h,i,j,k
  Section IV d,f,g,l,k,m,n
  Section V b,c,d,e,f,h,j,k,l,m,n,o
  Section VI a,b,c,d,e,f,g,h,l,j
  Section VII b,c,d,e,f,g,i
  Section VIII c

This school began by taking transfer students to clerkships before basic science instruction actually commenced. The basic science curriculum attempts to cram the first two years of medical school into four short trimesters. The facility consists of a few classrooms in a very old school building with no gross anatomy lab or cadavers. There are a few microscopes and improvements in classroom equipment but the overall impression is one of high school science facility, and a poor one at that. There is limited internet access but no real medical library. Up to date journals and texts are woefully absent. There is high faculty turnover and some teachers are also students. Some faculty teach many courses that are often not within their field of expertise. This school has minimal admission standards and has a high percentage of transfer students. Recruiting is directed toward granting advanced standing to allied health professionals; a policy clearly stated on the web page. Allied Health professionals pursuing this course of study are at risk for licensing problems. Another program targets foreign trained MD's in a "rehabilitation" program. There is no listing of clerkship affiliations in the catalog or on the web page and applicants are given false assurances that their clerkships will meet "greenbook" standards by recruiters.

**St. Martinus University, Curacao, Netherlands Antilles, 2003**

It appears every Dutch island with the exception of Aruba now has a medical school. There is a sketchy web page showing a minimal basic science program crammed into four short trimesters. The new medical is located in Otrabanda, a charming, older area trying to attract business and tourist interest. The facility is a cavernous, old school building sorely in need of renovation for basic medical school facilities such as labs and a library. There were a handful of students and three faculty (one was the Dean) present. The Dean was a former administrator at the University of Sint Eustatius. This school hopes to attract Venezuelan and South American students with plans for extensive development and charges a great deal of tuition for a practically non-existent program. There are no loan programs to date. Curacao is a large island with one large major teaching hospital and more sophisticated medical community than most Caribbean islands. For the time being, St. Martinus rates Global Deficiencies Categories I-VIII.

**St. Mary's School of Medicine, Castries, St. Lucia, West Indies, 2003**
This school first surfaced in the Pacific Basin with a WHO listing in the Cook Islands, Rarotonga. There was an aborted effort to hold classes in the Hawaiian Islands resulting in the loss of tuition to many students. The promoter, who had an office in El Paso, Texas, then began instruction across the border in Juarez, Mexico, following the time honored tradition of CAHSU and Spartan. Complaints to the Texas Attorney General by students led to governmental scrutiny and this school vanished from site for a few years. It has resurfaced with a web site and alleges a campus now on the island of St. Lucia. The address on St. Lucia is actually a post office box and there was no evidence of a campus. Furthermore, the World Health Organization is unable to verify any request from the Ministry of Health of St. Lucia to list this school in the World Directory of Medical Schools. St. Mary's WHO listing has been removed from the Cook Islands. Students are not approved as of the fall of 2003 to take the USMLE exams by the ECFMG. The web site gives no names to contact other than "Admissions" which is how inquiries are answered by email requests. Students are not required to pay an application fee by must put down a non refundable matriculation of $950.00. St. Mary's is more than deserving of the Global Deficiencies, Categories I-VIII. There are probably a few confused souls who will actually send a deposit to this place.

- **Grace University,**
  Belmopan, Belize, Central America, 2000
  **Deficiencies**
  Section I a,b,c,d,f,gh
  Section II a,b,c,d,e,f,g,h,j,k.l
  Section III a,b,c,d,e,f,g,h,l,j,k
  Section IV c,f,g,l,k,m
  Section V a,b,c,d,e,f,h,j,k,l,m,n
  Section VI b,c,d,e,f,g,h,l,j
  Section VII b,c,d,e,f,g,h
  Section VIII a,c,d

Grace University has been in existence for over 15 years and reinvented itself on several occasions. Opening initially on the island of Nevis with a minimal operation, a Cambridge, England, "campus" was subsequently opened. The site visit in 2001 revealed a shabby, run down upstairs flat on the outskirts of Cambridge promoting a distance learning program with advanced standing for allied health professionals. The school closed briefly when it lost its charter then obtained registration in Belize. The operation moved to the capital, Belmopan, with promises of building a

new campus. Grace remains true to its prior modus operandi and has its classes in a rented two flat building on a dirt side road in a residential area. A handful of students hear lectures by a few visiting faculty in the made over living room and bedroom "classrooms" in this dreary place. There is no catalog and the web site misrepresents the program, facility and faculty members. There is no list of hospital affiliations. This school has run out of the promoter's home in Florida despite regulations by the Florida Department of Education that requires an approval process. Run from this one.

- **Central American Health Sciences University**,
  Belize City, Belize, Central America, 1996
  **Deficiencies**
  Section I a,b,c,d,f,h
  Section II a,b,c,e,f,g,j,k,l
  Section III b,cd,e,g,h,k
  Section IV a,b,c,d,f,g,j,l,m
  Section V b,c,d,e,f,h,j,k, l,m,n
  Section VI b,c,d,e,f,g,h,l,j
  Section VII c,d,e,g,l
  Section VIII d,e

There are few changes since the last site visit. The school has moved further from Belize City into an area designated as the "free zone." This is a guarded area for businesses investment and other entities. The building is an improvement over the former structure but nevertheless rented. There is a large library with computer access but holdings are sparse and most woefully outdated. Students live in nearby small village; this is an isolated area. The anatomy lab held two desiccated cadavers with dirty dissection tools lying about on trays. There is minimal faculty presence; most are part-time. The handful of students present during the site visit state they spend only two terms in Belize then go to the Juarez, Mexico, "campus." Our site visitors confirmed that this is, in fact, a store front facility directly across the border from El Paso, Tx. The school does not publish a hospital affiliation list. There is a history of sanctions by the Texas Attorney General.

- **American International School of Medicine**,
  Liliendaal, East Coast Demerara, Guyana, South America
  **Deficiencies**
  Section I b,c,d,f,g,h
  Section II a,c,d,e,f,g,h,j
  Section III b,c,d,e,h,i,k
  Section IV a,c,f,g,m
  Section V b,d,e,f,h,j,k,l,m,n,o
  Section VI a,b,c,d,e,f,g,h,l,j
  Section VII b,d,e,f,g
  Section VIII a,c

Application to this school can only be made online and faxed to a number in Massachusetts. Information available on the web site is still incomplete. Minimal facilities and labs still characterize this school which gives advanced standing to allied health professionals and clerkship credit for on the job training. There is some experience available in local hospitals. There are few fulltime qualified faculty members and no list of clerkships. The promoter is a graduate of Grace University

with no postgraduate training. Tuition refunds are given only in the case of proven serious illness per the web page.

- **Centro de Estudios Universitarios Xochimilco**,
  Ensenada, Mexico
  **Deficiencies**
  Section I b,c,d,f,gh
  Section II a,b,c,e,f,g,h,l,j,l
  Section III b,cd,h,l,k
  Section IV a,f,g,k,m
  Section V d,f,g,h,l,n
  Section VI b,c,d,e,f,g,h,l,j
  Section VII c,d,e,f,g,l
  Section VIII a,b,d

This school has opened and closed in a number of locations in Mexico for the past 15 years. It moved from central Mexico to the Baja peninsula to attract gullible Americans. It was featured in 1992 on a national investigative news program and subsequently lost U.S. Federal loans. The campus is still housed in a former hotel. There are no labs and few fulltime faculty. Admission standards, course attendance and testing requirements are lax. Faculty is primarily part-time and courses are taught in a haphazard order. There is no list of affiliated hospitals and haphazard clinical supervision.



AMERICAN ASSOCIATION OF INTERNATIONAL MEDICAL GRADUATES

PROVISIONAL STATUS

Goals of AAIMG

Evaluation Process

AAIMG Evaluation Criteria

Medical Schools Meeting or Exceeding AAIMG Evaluation Ceteria

Medical Schools with Significant Deficiencies

The High Cost of an Inferior Education

The United Kingdom Connection

Eastern European Report

Factoids for International Medical Students

Words of Wisdom to Prospective Medical Students

Updates from the President

It is distressing to see so many new medical schools sprouting up on virtually any independent island or promoters using third world countries to set up "store front" type operations in the United Kingdom. The title of physician is honored and esteemed throughout the world. Numerous television series glamorize the role of physician as living a dynamic, heroic lifestyle. Unfortunately, many promoters in the offshore medical community exploit this image by setting up substandard proprietary schools that prey on the naive and under qualified applicant.

At AAIMG we get dozens of emails each month from prospective applicants who ask for an evaluation of their qualifications. A typical applicant unfortunately, has an undergraduate GPA below 3.0, no MCATS or total MCAT scores under 20. Most of these young people have been accepted at a substandard school that charges a tuition rate higher than many US medical schools. All we can do is warn them that a poor basic science education and a haphazard clerkship program predict little or no success in passing the exceptionally difficult USMLE Steps I and II. According to an analysis of USMLE passing rates by the Education Commission for Foreign Medical Graduates, U.S. citizens who are International Medical Graduates have lower passing rates and lower scores than foreign national IMG's. The US citizen with an inferior education who fails to pass the USMLE exams cannot obtain a residency and will have little to show but a huge debt. Prospective medical students should consider the following **WORDS OF CAUTION:**

- "Store Front" medical schools cannot offer the level or depth of education needed to pass the USMLE exams nor attract the best faculty.
- Substandard schools often exaggerate or distort their poor USMLE passing rates. As the ECFMG does not release scores of individual schools, actual passing rates are difficult to verify. Beware of any unusually high claims of high passing rates that cannot be verified.
- The recruiters are trained in high pressure sales tactics, with the same techniques that sell automobiles, aluminum siding and encyclopedias. Their goal is a sale; to make a profit for the school, often in the guise of flattery and concern for your welfare.
- The tuition charged by most substandard schools is very high. Some of these schools have private loans from the secondary medical education loan market. It is important to note that some of these loan companies do not rigorously examine the quality of foreign medical schools they approve for loans.
- Interest rates charged in the secondary loan market are not deferred; the



interest clock starts clicking as soon as the loan is paid out. Numerous fees may also be charged. Loans may also be made for living expenses; thus increasing student debt level.

- The loan debt from secondary market loans is not dischargeable in bankruptcy; this means payment default will be rigorously pursued by the loan organization.
- The reputable schools often charge a higher tuition rate but offer a more rigorous education and are likely to have FFEL or internal loan programs.
- **STATE LICENSING BOARDS** are becoming increasingly aware of substandard schools, especially those offering advanced standing and a medical degree by distance learning. Denial of a license to practice to any physician is reportable on all licensing board applications and to credential verification organizations. Acceptance into a residency program does not guarantee future licensure.

In summary, the graduate with an MD who cannot pass the USMLE exams has little to show but a huge debt that can be as high as $150,000. The interest clock continues to run; payments cannot be deferred after graduation unless the graduate has passed all exams and is engaged in postgraduate training. Job prospects are limited as is earning power and the Doctor of Medicine is little more than an empty title. The loan repayment will be very high and any graduate in payment default will vigorously pursued. Years better spent in pursuit of another career will have been lost.

# AMERICAN ASSOCIATION OF INTERNATIONAL MEDICAL GRADUATES

## UPDATES FROM THE PRESIDENT

- **St. Christopher University**
- **Kigezi International**
- **Medical College of London**
- **London Medical College**

Goals of AAIMG

Evaluation Process

AAIMG Evaluation Criteria

Medical Schools Meeting or Exceeding AAIMG Evaluation Citeria

Medical Schools with Significant Deficiencies

The High Cost of an Inferior Education

The United Kingdom Connection

Eastern European Report

Factoids for International Medical Students

Words of Wisdom to Prospective Medical Students

Updates from the President



Since 1996, the United Kingdom has become a site of convenience for new medical schools chartered in other countries. The medical school promoters obtain a World Health Organization listing but have little to no presence in the country. They rent offices and a few classrooms at local colleges in the U.K and operate a "campus" and program leading to the Doctor of Medicine degree. Cambridge, England, is an ancient university town and home to many prestigious British colleges that was once home to three such schools: Grace University (chartered in the Caribbean then Central America), St. Christopher (chartered in Senegal) and Kigezi (chartered in Uganda) all have had a "campus" there. As the story goes, the promoters of St. Christopher and Kigezi got their start as students and faculty at Grace. The recent site visit shows only Kigezi remaining in Cambridge. St. Christopher now rents facilities at the Polytechnic University in Luton and Grace has departed to Belize, where it actually holds a charter.

Recently, two new schools catering to U.S. citizens have appeared in London. The Medical College of London was started by a former administrator at St. Christopher and claims to exist through a relationship with the College of Medicine and Health Sciences, on the small island of St. Lucia. The World Health Organization shows a listing for this name through December 2001. There is no facility bearing this name on St. Lucia and the island government is not familiar with the school. Enter London Medical College advertising an M.D. by distance learning on the web site of International University of the Health Sciences. The relationship appears short lived as London Medical College appears to have terminated the relationship as of June 3, 2003.

**St. Christopher University School of Medicine,**
Luton, England, 2000
**Deficiencies**
Section I a,b,c,d,f,g
Section II b,c,e,f,g,j,k,l
Section III a,b,c,d,f,h,I,k
Section IV c, d,f,g,
Section V b,c,d,e,f,h,j,k,l,m,n
Section VI a,b,c,d,e,f,g,I,j
Section VII b,e,f,
Section VIII e

St. Christopher has given up the more prestigious environs of Cambridge and



moved its operation to the more mundane campus of Luton University, just north of London. Other than downscaling the location, little has changed about this operation. The labs and classrooms are a few rented rooms from the local university and the bulk of the faculty are undergraduate Luton faculty moonlighting or unemployed M.D.'s from former British colonies who are unable to pass the PLAB or practice in the U.K. There are a few Ph.D.'s that are both students and teachers. There are a large number of transfer students from the Dominican Republic and other Caribbean schools, many with a history of failures. The operation in Senegal is virtually non-existent; a call to the Senegal "office" is answered by a local lady with limited English who cannot name any local faculty, or students or describe any teaching activities at the hospital. Although this school only opened in 2000, it advertises US clerkships in 72 "Greenbook" hospitals and board passing rates of 100% in 2000 and 82% in 2001. This type of advertising is not surprising since the promoter is a graduate and former vice dean of Grace University who never completed postgraduate training. St Christopher had a fiscal and credential relationship with the disastrous St. John's University School of Medicine, closed by the Attorney General of Oregon. See http://www.doj.state.or.us/releases/rel072500.htm.

**Kigezi International School of Medicine,**
Cambridge, England, 2000
**Deficiencies**
Section I a,b,c,e,f,h
Section II b,f,g,k,l
Section III a,b,c,d,h,j,k
Section IV c,d,f,g,m
Section V b,c,d,e,f,h,j,k,l,m,n
Section VI a,b,c,de,f,g,j
Section VII b,c,d,f
Section VIII d

There have been few fundamental changes since the last site visit. The core of the school remains housed in the same small three story facility in Cambridge but it in no manner meets the standards of a true medical school teaching facility. Students go to the nearby Eurocenter for classes and can use building facilities. The library has added holdings and computers. More names of instructors appear in the catalog but the bulk of instruction is done by part-time faculty. Clerkships are done primarily, according to students, in the U.K and there are options to go to a hospital in Uganda. There is no listing of advertised clerkships in the United States. There is a US office, however, in the small Ohio river town of Ripley. What is particularly astonishing is the high tuition rate charged by Kigezi for such a minimal program.

**Medical College of London,** London and Greenwich-Medway, Kent (2001)
This is a new school chartered as a U.S. Delaware corporation but has a base of operation in the United Kingdom. AAIMG did not learn of the existence of this facility until recently so a site visit has not yet been conducted. It advertises locations at Guys Campus of Kings College in London but will soon be moving to the University of Medway. There is a sketchy web page where vital information such as the curriculum, tuition information, clerkships affiliations etc. is missing. Not surprising, we recognize the promoter as a former Dean at St. Christopher. There is an advertised affiliation with St. Lucia College of Medicine and Health Sciences; a facility our site visitors failed to find on the island of St. Lucia. There

was a WHO listing from January 1 to December 31, 2001, which has expired. AAIMG has contacted the WHO and General Medical Council and can find no separate WHO listing for Medical College of London or any new school in St. Lucia.

**London Medical College (Affiliated with IUHS)**
References to this school appeared on the web site of International University of the Health Sciences as an affiliated program. The link from the IUHS website was terminated in June of 2003. The WHO cannot verify a separate listing for London Medical College.



### AMERICAN ASSOCIATION OF INTERNATIONAL MEDICAL GRADUATES
### EASTERN EUROPEAN MEDICAL SCHOOL REPORT

[Back](#)

- Goals of AAIMG
- Evaluation Process
- AAIMG Evaluation Criteria
- Medical Schools Meeting or Exceeding AAIMG Evaluation Ceteria
- Medical Schools with Significant Deficiencies
- The High Cost of an Inferior Education
- The United Kingdom Connection
- Eastern European Report
- Factoids for International Medical Students
- Words of Wisdom to Prospective Medical Students
- Updates from the President



I. [INTRODUCTION](#)
II. [HISTORICAL OVERVIEW](#)
III. [ADVANTAGES OF EASTERN EUROPEAN PROGRAMS](#)
IV. [DISADVANTAGES OF EASTERN EUROPEAN PROGRAMS](#)
V. [SUMMARY](#)
VI. [EASTERN EUROPEAN PROGRAMS MEETING AAIMG CRITERIA](#)
VII. [CONCLUSION](#)
VIII. [AAIMG'S WORDS OF WISDOM TO PROSPECTIVE EASTERN EUROPEAN APPLICANTS](#)



### INTRODUCTION

The AAIMG report on Eastern European medical programs includes a small number of medical schools in various countries that offer an English language curriculum to foreign students. A majority of the programs leading to a Doctor of Medicine degree started after 1990 at reputable institutions accredited by their respective countries. There have been numerous social, economic and political changes in Eastern Europe and in the countries of the former USSR so that many schools have been renamed or listed under a new country by the World Health Organization. The World Directory of Medical Schools is is being revised and should be consulted when available. The ten schools visited by AAIMG for the initial Eastern European report in 2001 all met or exceeded evaluation standards of this organization. Since 2001, many new English language programs have opened, some in very remote locations.

The association of an English language program with a historic university or a state approved medical school does not guarantee quality or adequate preparation to pass the difficult USMLE Steps I and II. Our site visitors in 2001 found numerous examples of disgruntled American students who felt they were mislead about the content of the medical curriculum, requirements for language fluency and local living conditions. AAIMG has received a substantial number of complaints about

Eastern European schools. In nearly every case, the complaining student went sight unseen to a foreign medical school, rather than follow the time tested advice of AAIMG **to make a personal visit to the campus before attending**. The focus of this section is somewhat different than the more detailed reports on Caribbean, Mexican and Central American programs. The goal of the Eastern European report is to provide general observations and guidelines pertaining to the study of medicine in Eastern Europe and the countries of the former USSR.

top

## HISTORICAL OVERVIEW

Until the Flexner report, aspiring American physicians with financial resources and proper social contacts completed all or part of their medical education at prestigious universities in Germany, Austria, Belgium, France or Italy. As the quality of American medical education improved during the first half of the 20th century, Europe eventually became a destination of study for those Americans unable to gain acceptance in their own country. As Western European medical schools gradually admitted fewer and fewer North Americans, medical schools in Southern Europe became the next best alternative.

A majority of the founding members of AAIMG received their medical education in Spain and Italy. Studying medicine abroad between 1950-1980 meant attaining fluency in a foreign language and adaptation to a different health care and educational system. We went with the expectation of a high level of integration into the local culture. A fifth pathway year was required to compensate for perceived deficits in clinical training and technology during the third and fourth years. Enrollment in Italian and Spanish medical schools began to dwindle with the establishment of English language programs in the Caribbean Basin. In the past 10 years, Eastern European medical schools have entered the market place as a highly viable alternative for medical studies. Many programs are located at famous, centuries old universities that have produced world-renowned scientists and Nobel Prize winners. The establishment of a separate language based tract brings badly needed hard currency to institutions that rely primarily on state funding. The presence the English speaking students likewise stimulates faculty to improve their English language skills and keep abreast of new technological developments.

The original English language programs began with small groups of students in Poland, the Czech Republic and Hungary. English language medical programs are attended by students from a variety of countries including the United States, Canada, the Scandinavian countries, The United Kingdom, Greece, India, and the Middle East. In the regular medical program foreign students are numerous and study in the official language of the host country. The largest percentage of Americans studying in Eastern Europe are currently concentrated in Poland. This is due to the fact that Poland has many major universities that have been approved by the Department of Education for FFEL loans. However, not all Universities in Poland have received D.O.E. approval to this date. English language programs are found in several established medical schools in The Czech Republic and Hungary. These countries are actively seeking approval by the U.S. Department of Education on the basis of having a medical education system that has standards equivalent to those in the United States.

Despite age, history, and reputation, all Eastern European Universities have

struggled to overcome decades of repression of free thought and expression by their former Communist Governments. In some cases, prominent researchers and scholars were imprisoned, executed or fled to other countries, leaving an intellectual and leadership gap in many university faculties. Nevertheless, these seats of higher learning have struggled to re-establish an atmosphere of free thought and scholarly research. An understanding of the political history and suffering of the residents these countries will help the aspiring medical student make a better adjustment to local conditions. The next section lists common themes identified by AAIMG interviewers during site visits by listing advantages and disadvantages of medical studies in Eastern Europe.

[top](#)

## ADVANTAGES OF EASTERN EUROPEAN PROGRAMS

- The medical schools are older, well-established centers of learning that are part of larger university structures. The university infrastructure provides library, lab, research, computer facilities, dorms, cafeterias and recreational facilities.
- There is a well-established network of hospitals and clinics serving as teaching facilities. The patient population base is sufficient to provide exposure to a broad spectrum of medical problems in both ambulatory and inpatient settings.
- There is a long tradition of scientific inquiry, scholarly research and publication throughout most university structures. There are active research projects at all major University centers.
- There is a large faculty with a broad base of basic science knowledge and clinical experience. Most will have a working grasp of the English language to be able to read scientific publications.
- Students studying in Eastern Europe have access to significant cultural events, museums and recreational opportunities. Local public transportation is cheap and available in larger cities. Rail connections make excursions to other countries readily available.
- Tuition rates are lower at Eastern European Universities than at the better proprietary model schools in the Caribbean. The cost of living and services are reasonable. The U.S. dollar currently has a favorable exchange rate in all Eastern Europe countries.
- Americans have an opportunity to learn a new language, adapt to a new culture and work in a health care delivery system that developed from historical and political systems quite different from those found in the United States.
- A six-year program with premedical studies and language instruction is available in most English language programs to accommodate students who need to complete these courses. Classes are normally small in size.
- A few programs will allow completion third and fourth year rotations in the USA, Canada and Great Britain.

[top](#)

## DISADVANTAGES OF EASTERN EUROPEAN PROGRAMS

- Despite assurances by stateside recruiters, American students must learn to speak the local language if they are to become competent physicians.
- Language instruction is mandatory in all programs. Students with minimal fluency in the local language will be at a severe disadvantage completing clerkships.
- Although instruction is in English, many of the professors speak with strong accents or have minimal English language fluency.
- American students cannot expect to learn the fundamentals of a proper history and physical by using the services of an interpreter.
- Testing practices are significantly different in European Universities and are heavily skewed toward demonstration of comprehensive knowledge and a tradition of oral examinations.
- Preparation for the USMLE is left up to the individual student in most cases, although some programs are attempting to use multiple choice type exams
- Technology is often not comparable to that of U.S. hospitals and varies greatly in the hospitals and clinics.
- Library and computer resources for the English language students are often not comparable to those available to local medical students. In other words, the English language program facilities, if separate, are not always equal.
- Although patient numbers are sufficient for exposure, medical students in the English language program are in competition with local medical students and postgraduate trainees for cases. American students complained that they were often relegated to scut work and missed out on more interesting learning opportunities.
- Human relations problems were reported between local students of those in the English language program. Students in the English language programs are usually more affluent and often demanding of special treatment, creating tension and feelings of resentment.
- Low faculty wages and the University's need for hard currency does not always insure integrity in the admission process or examination administration. These practices vary significantly and do not characterize all Eastern European medical schools.
- The typical work day of a third year European student is rarely as long or rigorous as that demanded of medical students in the U.S. The typical workday is normally 8 hours with call schedules either lacking (often due to lack of call room facilities) or a fraction of the 1:4 ratio typical of U.S. student training programs
- Poor communication skills contribute to the isolation of foreign students from the teaching team. Lack of language fluency slows down medical team rounds, tries the patience of nursing staff and often confuses the patient.
- American patients are notoriously intolerant of foreign trained physicians with poor communication skills. Europeans are culturally politer and more deferential to medical authority, but their patience is not infinite.
- Lack of language fluency leads to demoralization and isolation. AAIMG evaluators observed that Americans with the poorest levels of adjustment and most complaints had achieved the least amount of language fluency.
- No English language program publishes a comprehensive list of USMLE Step I, II and CSA passing rates or has a complete list of graduates with residencies.
- Students in the English language program are disadvantaged in terms of representation in student government and have little recourse for appeal in cases of academic failure or disciplinary decisions.
- Eastern European nations vary in requirements for "eligibility" to practice

medicine in that country. Social service or internship requirements may add 1-2 additional years of study.

top

## SUMMARY

The study of Medicine in Eastern European countries has many advantages and disadvantages for American citizens. Many of the disadvantages have more to do with the nature and expectations of young American medical students and less to do with the actual quality of the education. Again, we visited established, highly respected medical schools with a long history of training physicians and scholarly activities. **It is not the intent of this report to devalue the quality of medical education in any Eastern European countries, but to provide some realistic guidelines for prospective American medical Students.**

The public education system and post secondary institutions in the United States do not prepare our young people to speak a foreign language. Therefore, the American students in the English language programs visited by AAIMG were at a severe disadvantage when compared to their Scandinavian, Western European and Canadian counterparts. If we were to subjectively rank the adjustment levels of various student groups encountered during the AAIMG site visits, they would read as follows (most to least adjusted)
(1) Students of any nationality with cultural roots in the host country and some language fluency;
(2) Students from Western European countries;
(3) Students from Scandinavian countries;
(4) Students from the U.K and Canada;
(5) Other nationalities (Greek, Middle Eastern, Asian);
(6) American citizens.

Our site visitors found many examples of satisfied Americans who had attained some language fluency and were progressing well with their medical studies. However, our evaluators encountered far to many vocal, complaining young Americans who regretted their choice of an Eastern European medical school and were looking for opportunities to transfer. This phenomenon occurred in every country. It was unclear, however, if many of these dissatisfied students would be satisfied or successful in the event they transferred to another program. Medicine is not for the faint hearted and is a grueling course of study in any country.

English language programs are growing rapidly in Eastern Europe, some without any particular attention to quality control. Many appear to be headed in the direction of a proprietary model where a few school officials receive beneficial interest from tuition paid by foreign students. While North American students are the dominant population in the Caribbean schools, the Eastern European schools attract students of many nationalities. Although the list of new programs grows annually, AAIMG chose to visit only established programs that have higher concentrations of American students.

While there were strengths and weaknesses at all of the English language programs, all programs met or exceeded AAIMG criteria. Again, these are programs that are part of established universities with qualified staff, research facilities, and a well-developed infrastructure. On the other hand, these universities

would do well to internally re-evaluate the need for a separate foreign language medical program from a strictly pedagogic point of view. A separate program creates different standards for different groups and a degree of tension and divisiveness between the local and foreign students. Unfortunately, fiscal considerations may outweigh purely educational decisions in some Eastern European medical programs.

top

## EASTERN EUROPEAN PROGRAMS MEETING AAIMG CRITERIA

In every case, the Eastern European medical schools visited by AAIMG evaluators more than exceeded the 75% of the evaluation criteria listed on this web page. Compared to medical schools catering to North Americans in Mexico, The Caribbean Basin and Central America, Eastern European medical schools are superior in nearly every respect. The English language medical programs, however, varied in overall organization, educational quality and student satisfaction. Therefore, our evaluators have prepared some anecdotal comments about the English language programs for each medical school.

## POLAND

### Jagiellonian University Medical College, Krakow

Krakow is an elegant, historic city with a centuries old medical school and large University structure. The University has a tradition of scholarly activity and names Copernicus as a distinguished alumnus. There is a four-year and a six-year English language program with roughly 30-35 students admitted annually to each section. The English language program is dominated by Scandinavian students, particularly Norwegians, who tend to study in the six-year program. The curriculum in the basic and clinical sciences is compatible with the US medical school curriculum. Following the European model, actual clinical experience begins in the second year. There is little room for electives in the fourth year and no provision to return to the US, UK or Canada for electives. Tuition is somewhat higher than other schools but this program has a great deal to offer. Polish language instruction is longer and more intense than instruction in other programs. Admission is very competitive and standards are high. There are six state hospitals and numerous clinics with sufficient numbers of patients to keep students and residents busy.

## THE FOLLOWING POLISH SCHOOLS MAINTAIN RECRUITING OFFICES IN THE UNITED STATES:

### University of Medical Sciences in Pozan, Poznan

This English language program, which opened in 1993, has one of the higher concentrations of North American students and markets aggressively. The medical school is unique in its affiliation with Farleigh Dickinson University and Mercy College for a 7 year B.S./M.S. program. There is a six-year option for students needing premedical studies and a more attractive four-year curriculum. The four year curriculum has a "medical Polish" language course in the first and second years but the contact hours are insufficient to promote substantial language proficiency. Lack of fluency in Polish and frustration with all aspects of the

program, especially hospital rotations, was apparent among American students. Unfortunately, recruiters minimize the importance of language acquisition by assuring prospective applicants they can rely on interpreters during their hospital rotations. The basic sciences are a standard curriculum similar to medical schools in the USA except that clinical medicine experience in internal medicine begins in the second year. The fourth academic period gives little choice in terms of electives but foreign students may complete up to 16 weeks of electives in their own countries. There are five state hospitals and numerous specialty clinics in Poznan. A historic campus is scattered throughout the central city with dorm facilities available for students in the English language medical program. There is a U.S. recruitment office in New York.

## Medical School of Lublin, Lublin

Lublin is a University town with one of the country's newer medical schools, established in 1944. There is a private organization that markets the program in the United States. The medical school is part of a larger University complex containing a broad range of facilities. The English language curriculum is four or six years with more intensive Polish language instruction than found in other programs. However, the U.S. placement institute assured our prospective applicant that interpreters could be used in the third and fourth year rotations. There is a small population of American and Asian students in this program, many of whom paid a substantial fee of $7,900 to a placement agency in the United States to be guaranteed a seat. Other nationalities in the program applied directly to the school. There are approximately 300 medical students admitted to the regular and English language programs. There was a total of about 170 Americans enrolled in the four and six year programs. Although there are 5 hospitals and a number of smaller clinics, patient contact is low due to the large number of trainees. There are opportunities for rotations at a limited number of hospitals in the USA for students placed through the private organization. To qualify for rotations in the United States, the student must first pass the USMLE Step I, then pay up to $200.00 per week for hospital fees at U.S. affiliates. It is recommended, however, that the third year be completed in Poland.

## Silesian University School of Medicine, Katowice

Katowice is a large industrial city still suffering the consequences of years of unchecked severe pollution that still plagues Eastern Europe. The city is a major university center with one of the largest medical school student populations in Poland. There are two huge campuses and many modern facilities. There is a four-year and six-year English language program with much the same student body profile as found in Lublin. There were about 180-190 American citizens present during our site visit. The same placement institute sends students to Silesian as to Lublin. There is intense language instruction but recruiters still gave the impression that the third and fourth year clerkships could be mastered with the use of interpreters. Although there are ten hospitals serving a larger geographical area and many specialty clinics, the medical school admits so many students each year that there is competition for good teaching cases. American citizens sent to Katowice by the placement institute are eligible for clerkship rotations in U.S. hospitals if they first pass Step I and agree to pay weekly Hospital fees of up to $200.00 per week. It is recommended that third year rotations be completed in Katowice.

## CZECH REPUBLIC

### First Faculty of Medicine, Charles University, Prague/Hradec Kralove

Prague is truly the queen city of Eastern Europe and full of marvelous cultural opportunities. Charles University in one of the oldest Eastern European Universities founded in 1348. An application to the English language program may result in admission to the more competitive seats at the Medical Faculty of Prague or result in acceptance at another campus. There is second Charles University Medical Faculty about 60 miles away in the pretty town of Hradec Kralove. Although it is a much newer facility (established 1945), the English language program curriculum is the same as at the main campus. As in other medical schools, there is a broad mix of students in the English language program. Czech programs are six years in duration and the English language program is nearly identical to the curriculum followed by Czech medical students. An entrance examination is required for all foreign students to determine proficiency in undergraduate sciences. Language instruction is intensive in the basic science curriculum and it is clearly stated that proficiency in Czech is required for communicating with patients. Americans are a smaller percentage of students in both English language programs. There are about 200 total students in the English language curriculum, primarily composed of Scandinavians, Western Europeans, Greek citizens and students from Middle Eastern countries. Both campuses have highly computerized library and research facilities and are part of the Socrates/Erasmus Programme which links major European universities. Prague has a much larger patient base but the hospitals are scattered throughout the city and supported by smaller, decentralized specialty clinics. The centralized 1600 bed University Hospital in Hradec Kralove, however, was more than sufficient for teaching purposes.

### Palacky University Faculty of Medicine, Olomouc

Olomouc is the fifth largest city in the Czech republic located in a primarily agricultural section of the country. The city has a lovely historical section which incorporates part of the University. Facilities range from massive 19th century lecture theaters to modern computerized labs. Czech language courses are taught seriously and intensively. The library is highly computerized and allows students to have access to Ovid Medline. The English language program began in 1993 and has remained a small program with few North Americans. Testing follows the European oral tradition but there is some attempt on the part of the faculty to provide multiple choice testing options. Palacky is unique in that the medical school has its own 1700 bed hospital serving the 100,000 inhabitants of Olomouc and surrounding rural communities.

## HUNGARY

### Albert Szent Gyorgyi Medical University, Szeged

This University has one of the oldest English Language programs in Eastern Europe (16 years) and recently opened a German language program. Hungarian medical schools are regulated by strict state codes that all students must follow. The standard curriculum is six years. Hungarian language is taught intensively and fluency is expected by the time the student enters clerkships in the last two years. There is a social service internship year that follows graduation from medical school. Graduates of Hungarian medical schools must write a thesis and pass a

state board exam. The basic curriculum is well organized with standard American and English medical texts. The patient base, clinical and hospital facilities are adequate for the size of the student body.

**University Medical School of Debrecen, Debrecen**
Debrecen has one of the oldest Universities in Hungary. It is the second largest city in Hungary but located in a geographically stunning area characterized by a national park and old spas with thermal baths. The English language program opened 12 years ago but adheres more to traditional European educational standards. There is a required entrance exam for all students and the curriculum for students in the English language program is almost identical to that of the six year regular program. Foreign students may receive advanced standing of one year with sufficient premedical preparation. Hungarian is a difficult language to master and taught to all students. It is clear that language proficiency is expected by the time the student reaches clerkships. There is a social service internship year that follows the graduation from medical studies. Graduates of Hungarian medical program must write a thesis and pass a state board exam.

## PROVISIONAL STATUS

**Semmelweis University, Budapest**
Semmelweis has the advantage of being located in Budapest, one of the larger historic capitals of Eastern Europe with easy access to Austria and Germany. It is a large University and medical school located in the historic area of the city. The English language program, which is about seven years old, was found by the evaluators to be quite small and disorganized in terms of a curriculum and schedule. No one could tell us exactly how many Americans were enrolled or where to find them. We did meet Scandinavian and German students who stated there were few Americans in the program. It is a fully functional medical school but the English language program is lacking in organization and facilities. The hospitals and patient base are more than sufficient to provide challenging clinical experiences.

## PROGRAMS NOT EVLAUATED:

**Medical University of Gdansk:**
The English language program is attended primarily by Western European students. There are approximately 10 Americans according to the U.S. recruitment office. Gdansk does not yet qualify for FFEL loans but has applied. A private recruitment organization in the U.S. charges a $5,000 placement fee.

**Carol Davila, Bucharest, Romania**
Despite email requests, AAIMG did not received sufficient information about the English language program to merit a visit at this time.

**Medical Academy of Latvia, Riga Stradins University, Riga Latvia:**
New Program, little information available at this time.

top

## CONCLUSION

Eastern European medical programs provide a viable alternative for young Americans unable to gain acceptance into U.S. medical schools. A majority of the programs are cost effective and train competent physicians. The problems encountered by Americans studying in Eastern Europe have little to do with the quality of medical school or differences in curriculum. Personal traits involving motivation, adaptability and willingness to learn a foreign language is the key to successful completion of a medical education in any foreign country.

top

## AAIMG'S WORDS OF WISDOM TO PROSPECTIVE EASTERN EUROPEAN APPLICANTS

- Be skeptical of information you receive from stateside recruiters, especially programs marketed by private placement organizations that charge high fees. Be wary of any program that minimizes the importance of learning the native language.
- All serious applicants should travel to Eastern Europe to visit medical schools in the final selection pool. A personal visit allows the applicant to speak with faculty, other students in the program and evaluate the facilities. It is money well spent and will avoid later problems.
- Apply directly to the medical school and avoid paying high fees to placement agencies. Eastern European medical schools using placement agencies have ample "seats" for qualified students. Applicants would be better off using the funds to take a vacation to Europe to evaluate the programs and apply directly.
- Expect to attain fluency in the native language for maximum adjustment and to maximize learning in clerkships. Communication is the key to the physician-patient relationship. It is difficulty to treat patients properly if you totally rely on an interpreter.
- Make sure that the curriculum and facilities available to students in the English language program are comparable to those allocated for local students.
- Avoid living in dorms or housing with segregated housing for English language program students. Living with a local family or having a roommate who speaks the native language will accelerate your language skills significantly.
- Absolutely avoid programs that promise advanced standing, especially for chiropractors, podiatrists or other allied health care professionals. AAIMG has received complaints from chiropractors who enrolled in a program in the former Soviet Union and lost a great deal of money. This program is no longer in existence.
- Take advantage of the proximity of Eastern Europe to other countries and use vacation time to explore and enrich your cultural knowledge base. A friendly, considerate manner will overcome many obstacles along the way.

# AMERICAN ASSOCIATION OF INTERNATIONAL MEDICAL GRADUATES

## RESULTS AND CONCLUSIONS

Goals of AAIMG

Evaluation Process

AAIMG Evaluation Criteria

**Medical Schools Meeting or Exceeding AAIMG Evaluation Citeria**

**Medical Schools with Significant Deficiencies**

The High Cost of an Inferior Education

The United Kingdom Connection

Eastern European Report

Factoids for International Medical Students

Words of Wisdom to Prospective Medical Students

Updates from the President



### Medical Schools in the Caribbean Basin

We are pleased to release a preliminary report of our first set of evaluations of medical schools located in the Caribbean Basin. Our evaluation teams visited a total of 14 medical schools on various islands. In this region, six medical schools were identified as meeting or exceeding 75 % of stated criteria in all evaluation categories. In presenting the names on the list below, AAIMG does not endorse any single school or program. The following list identifies medical school programs in a variety of locations that have met the minimum evaluation criteria of this organization.



- [Medical schools meeting or exceeding AAIMG evaluation criteria in the Caribbean basin](#)

### Medical Schools in Mexico and Central America

We are pleased to release a report of evaluations of medical schools with English language programs or programs that accepts students from the United States. The Federal Government of Mexico has done an exemplary job in regulating medical school education in that country. Governments in Central America vary in their regulation of post secondary and professional education.

- [Medical schools meeting or exceeding AAIMG evaluation criteria in Mexico and Central America](#)

### Provisional

This category covers new medical schools that meet the 75% AAIMG evaluation criteria relative to the school's level of development. AAIMG will monitor the this school's application for review by the California Medical Board as well as the ramifications of a U.S. campus opened in the state of Maine.

- **St. Matthew's University School of Medicine**
  Belize, Central America

 **AMERICAN ASSOCIATION OF INTERNATIONAL MEDICAL GRADUATES**

## FACTOIDS FOR INTERNATIONAL MEDICAL STUDENTS

Goals of AAIMG

Evaluation Process

AAIMG Evaluation Criteria

**Medical Schools Meeting or Exceeding AAIMG Evaluation Citeria**

**Medical Schools with Significant Deficiencies**

**The High Cost of an Inferior Education**

**The United Kingdom Connection**

Eastern European Report

Factoids for International Medical Students

Words of Wisdom to Prospective Medical Students

Updates from the President





1. It is significantly more difficult to be accepted into medical school today than 10 years ago. MCAT scores and grade point requirements are higher. Thousands of talented, well- qualified, individuals therefore are denied admission each year.

2. Failure to gain admission to a U.S. medical school should not be interpreted as a sign of failure. If you have the motivation, there are acceptable programs abroad.

3. You do not have to be gifted in a foreign language to study abroad. Many international schools have English language programs or are located in English speaking countries.

4. Over 25% of all practicing physicians in the United States are International Medical Graduates. U.S. citizens who train abroad are now a significant part of the IMG physician population.

5. There are roughly 15,000 U.S. graduates a year and approximately 21,500 postgraduate residency positions available. The number of residency programs has increased every year for the past 30 years. International Medical Graduates are needed to fill these surplus residencies.

6. The highest concentrations of IMG's are in the specialties of Internal Medicine, Psychiatry, Anesthesiology and Primary Care.

7. Over the past decade IMG's with high USMLE scores from reputable foreign programs have been able to obtain residencies in more competitive areas such as Surgery, Radiology and Obstetrics and Gynecology.

8. All medical students now take one exam called the United States Medical Licensure Exam series (USMLE). There are two additional exams for IMG's: The Clinical Skills Assessment exam (CSA) and a language proficiency exam, the TOEFL.

9. The passing rate for American and Canadian International Medical Graduates on the Clinical Skills Assessment Exam exceeds that of other foreign trained physicians.

10. Today, there is far more scrutiny of U.S. citizens studying medicine abroad

by state licensing boards than existed 10 years ago. It is therefore important to study at an established, stable school that will keep permanent records.

11. Residency Training Programs, however, appear to be more receptive to U.S. citizen IMG's than they were 10 years ago. A United States Citizen does not need a special visa. Furthermore, because most American IMG's have done clerkship rotations in U.S. hospitals, they often integrate quickly and with fewer difficulties into training programs.

12. After passing the USMLE Step I & II, the CSA and TOEFL exams, IMG's are eligible to participate in the National Residency Matching Program. Unlike U.S. medical students, IMG's are free agents and may sign residency training contracts with programs outside of the MATCH.

13. There is no doctor glut in the United States. There is a significant mal-distribution of physicians with high concentrations in urban areas and a severe shortage of qualified physicians in rural locations.

14. Despite recent publicity, a majority of U.S. residency training programs are not decreasing training positions. An increase in Primary Care postgraduate programs balances cut backs in specialty areas. Physicians are retiring or decreasing practice at an earlier age than anticipated. This accounts for the current shortage of Anesthesiologists, for example.

15. For several years, there has been discussion in Congress of limiting Medicare funding to residency training programs accepting IMG's. Although it is a remote possibility, such action should not affect foreign trained U.S. citizens who are permanent residents and tax payers.

16. In 1999, the AMA declared that there are now sufficient Primary Care physicians. Future residents, including IMG's, can feel free to apply for more competitive specialties.

17. Patients are more concerned with the quality of care physician's provide that where you attended medical school. A combination of knowledge, skill and genuine concern are what count.

18. Today there are excellent options for study abroad in a variety of countries. World Health Organization (WHO) listing alone does not, however, guarantee a quality education. A medical school, particularly if it was established within the last 10 years, should be thoroughly investigated before a student attends. Read the Words of Wisdom Section of the web page.

Top



# AMERICAN ASSOCIATION OF INTERNATIONAL MEDICAL GRADUATES

WORDS OF WISDOM TO
PROSPECTIVE MEDICAL STUDENTS

Goals of AAIMG

Evaluation Process

AAIMG Evaluation
Criteria

Medical Schools
Meeting or
Exceeding AAIMG
Evaluation Citeria

Medical Schools
with Significant
Deficiencies

The High Cost of an
Inferior Education

The United Kingdom
Connection

Eastern European
Report

Factoids for
International
Medical Students

Words of Wisdom
to Prospective
Medical Students

Updates from
the President

## AAIMG'S WORDS OF WISDOM TO PROSPECTIVE INTERNATIONAL MEDICAL SCHOOL APPLICANTS

**The Following Words of Wisdom
Are the Best Advice You Will Ever Receive.
Read Each Item Carefully Before You Study Abroad**

1. The first word of wisdom is that you can receive an excellent education abroad and a competitive residency in the United States. You must first do your homework and study only at a reputable school with rigorous academic standards. 

2. More medical schools in the Caribbean, Mexico and Central America have failed than have succeeded. Study only at established schools and be highly skeptical of newly established schools. If this information is not included in the catalog, ask each school for the following:
   **a. The USMLE Step I and Step II passing rates
   b. A complete list of all training hospitals and their locations
   c. A list of graduates and their residency placements
   d. The names and credentials of all full-time faculty members.
   e. Proof of listing with the World Health Organization**

3. Follow the same procedure for established European Medical Schools with English language programs. Make sure you have the same access to faculty, library and lab facilities as local students in the regular program. Be prepared to attain language fluency before you begin third and fourth year clerkships.

4. Do not believe what you read in a flashy catalog or on an internet site. Avoid any school where recruiters engage in pressure tactics or make personal concessions for you. Visit the admission office and basic science campus of each school in your final selection pool. Attend lectures and interview several current students.

5. During a personal visit, look for signs of adequate staffing and permanency. Evaluate the faculty credentials and make sure the teaching staff is full-time and in residence. Avoid schools that hire local MD practitioners on a part-time basis to teach basic science courses normally taught by Ph.D. level faculty (physiology, biochemistry, microbiology etc.)

6. Carefully evaluate the integrity of the library, laboratories and classroom facilities. Many of the newer medical schools rent space in local hotels,

converted garages, or private homes. Look for a permanent, fully functioning campus and remember that a school that rents a few classrooms has little incentive to remain open during hard times.

7. Be very wary of any school that will allow you to complete part of your basic science studies in the United States or England. To avoid future licensing problems, your entire basic science curriculum should be completed in the country listed by the World Health Organization.

8. Be equally wary of schools that have substandard basic science campuses and guarantee clerkship rotations in the United States. Many of the newly established schools with poor to non-existent basic science campuses use this tactic to attract new students. This is a tried and true con game that could be very costly in terms of money and wasted time.

9. Go only to schools where the duration of the Doctor of Medicine program is at least 38 months and demand that you have full-time attendance at the campus. Beware of programs that require that you be present only 6-8 weeks or place you on directed study back in the United States.

10. If you are unable to make a personal visit, interview several current students and graduates before you make a choice. Do not go to schools that refuse to give you a list of clinical training hospital sites or do not list the clinical sites in the catalog.

11. Look for medical schools with external loan programs. A school with Stafford, FFEL, TERI, or I HELP loans has a source of oversight and regulation if it is receiving funding from one of these groups.

---

**Click here for more Words of Wisdom**

# AMERICAN ASSOCIATION OF INTERNATIONAL MEDICAL GRADUATES

## UPDATES FROM THE PRESIDENT

Goals of AAIMG

Evaluation Process

AAIMG Evaluation Criteria

**Medical Schools Meeting or Exceeding AAIMG Evaluation Citeria**

**Medical Schools with Significant Deficiencies**

The High Cost of an Inferior Education

The United Kingdom Connection

Eastern European Report

Factoids for International Medical Students

Words of Wisdom to Prospective Medical Students

Updates from the President





AAIMG is pleased to release the results of site visits that were conducted during 2003. The first site visits to foreign medical schools were made in 1999 and focused on the so called "off shore" programs. The report was revised again in 2001 and included new material about rapidly growing Eastern European programs. The proliferation of medical school programs catering to North Americans requires continued vigilance on the part of any applicant.

International Medical Graduates continue to make important contributions to the U.S. health care system. Residency training programs remain in surplus and the outlook is favorable for well trained IMG's who pass the difficult USMLE examinations and possess a solid clinical skill base. Post 9/11 visa requirements are more stringent, as are rules about registration and travel across international borders. Therefore, the U.S. citizen who has studied abroad is attractive as a potential resident to training directors.

Nevertheless, there are still hurdles, particularly in the area of medical licensure. The trend in many states is to demand more detailed documentation from international medical graduates. In 1986, a significant number of programs in the Dominican Republic and Mexico were investigated and eventually closed due to poor standards and unsavory practices such as selling medical degrees. Unfortunately, a parallel process started in the late 1990's with the rapid growth of so many new medical schools in the Caribbean, Central America and in the Pacific.

Each week AAIMG receives hundreds of emails and letters. We remain committed now, as in the past, to answering all serious inquiries in a timely manner.

**Thomas Moore, MD**
**President, AAIMG**

# AMERICAN ASSOCIATION OF INTERNATIONAL MEDICAL GRADUATES

### CONTACT US

## AMERICAN ASSOCIATION OF INTERNATIONAL MEDICAL GRADUATES

- Goals of AAIMG
- Evaluation Process
- AAIMG Evaluation Criteria
- Medical Schools Meeting or Exceeding AAIMG Evaluation Citeria
- Medical Schools with Significant Deficiencies
- The High Cost of an Inferior Education
- The United Kingdom Connection
- Eastern European Report
- Factoids for International Medical Students
- Words of Wisdom to Prospective Medical Students
- Updates from the President



**1802 North Carson Street**
**Suite 212-2161**
**Carson City, Nevada 89701 USA**

**PRESIDENT:**
**Thomas Moore M.D.**
**e-mail: presaaimg@hotmail.com**

**M.D. EXECUTIVE SECRETARY:**
**Sarah B. Weinstein**
e-mail: execsecaaimg@hotmail.com

Link to:

- http://www.ecfmg.org
- http://www.medicalstudent.com
- http://www.amsa.org
- http://www.ifmsa.org
- http://www.snma.org
- http://www.valuemd.com

**EXHIBIT E**
Websites containing links to AAIMG.COM

**Web**  News  Images  Desktop  Encarta

link:aaimg.com

Search    Near Me

+Search Builder    Settings    Help    Español

*msn*

Search

## Web Results

1-35 of 37 containing **link:aaimg.com** (0.11 seconds)

### LINKS

... Montana State Residents Scholarships    Professional Health Sites    American Academy of Physicians Assistants    American Association of Colleges of Pharmacy ...

www.mtech.edu/wimmonen/Departments/Pre-Professional%20Health/Health/Health%20Links/links.htm    Cached page

### http://www.rit.edu/~premdwww/links.shtml

Acupuncture Natural Healers National Certificatioin Commission on Acupuncture and Oriental Medicine Allopathic Medicine American Academy of Family Physicians American Academy of Physicians Assistants ...

www.rit.edu/~premdwww/links.shtml    Cached page

### College of Science and Math - Health Professions Advising

HEALTH PROFESSIONS LINKS Admissions Tests/Entrance Exams Dental Admissions Test Graduate Record Exam Medical College Admissions Test MCAT Student Manual - What's on the test? ...

www.calpoly.edu/~cosamac/health/hplinks.htm    Cached page    6/7/2005

### Application Process for Advanced Study in Health Fields

Cornell University Career Services Home    Students    Alumni    ... Study Away/Transfer Students ▸ Health Care Issues/Bioethics Explore Health Fields Advising Network ...

www.career.cornell.edu/HealthCareers/applicationProcess.html?refresh=true&cat_id=83    Cached page

### Foreign Medical Schools

... TO FIND OUT ABOUT THEM, A LIST OF A FEW STRONG ONES, AND SOME GOVERNMENT PUBLICATIONS NOTE: Information provided on this server relating to goods and services offered by third parties is provided ...

www.sunysb.edu/healthed/foreign.html    Cached page

#### The old site history

... The Old Site History T his page gives, for the most part, a daily account of all the information that we have put on our web site going back to February 7, 2000, about ...

www.sunysb.edu/healthed/ancient.html    Cached page

Show more results from "www.sunysb.edu".

### Health Sciences,

Kalamazoo College, Health Sciences Curriculum Information Resources for students >> Professional School ... Health Sciences at Kalamazoo College [40 kb pdf]: Description of the Health Sciences curriculum with ...

www.kzoo.edu/hsc/Resources.html    Cached page

### Saint James School of Medicine :: View topic - Recent students who are ...

SJSM Forum Saint James School of Medicine Forum Index » Opinions and Questions » Recent students who are in clinicals and recent graduates Goto page 1 , 2    Next    View previous topic :: View next topic ...

www.sjsm.org/forum/viewtopic.php?t=18&highlight=&sid=41e64a4cb18da945a48b66c4919692f6    Cached page

### Department of Biology - Health Professions - Links

Health Professions - Links   Health Professions Advising Seton Hall's Health Professions Committee Medical Schools AAMC List of Medical Colleges and Links to Each School ...

artsci.shu.edu/biology/healthprofessions/links.htm    Cached page

#### Table of Contents Frame in Health Professions

Health Professions Advising Seton Hall's Health Professions Committee Medical Schools AAMC List of Medical Colleges and Links to Each School AMCAS Information - Including Electronic Filing ...

artsci.shu.edu/biology/_oldsite/frconten.htm    Cached page

Show more results from "artsci.shu.edu".

#### Trinity College ACHP Website
Advisory Committee for the Health Professions          The Advisory Committee or the Health Professions
(ACHP) serves a key role in the advising and application ...
www.trincoll.edu/depts/career/advance_study/ACHP/welcome.htm   Cached page

#### Health Careers Guide
... A doctor of allopathic medicine attends medical school for four years, after which he or she undertakes graduate
medical education by taking up residency in a specialty for 3 or more additional years ...
www.furman.edu/depts/premed/allopathic.htm   Cached page

#### Health Professions Links
Health Professions Links Medical Schools AAMC List of Medical Colleges and Links to Each School Medical Education
Page AMCAS Information - Including Electronic Filing Pfizer's ...
www.elon.edu/shouse/healthprof.html   Cached page

#### Clark University - Prehealth
The Prehealth Premed pages for Clark University Overview General Information on          health ... Do's and Don'ts Top
20 deadlines Detailed timeline of what to do when Choosing schools Application ...
www.clarku.edu/departments/premed/resources.shtml   Cached page

#### Medical Schools - Redirect
www.valuemd.com/medschool/usmleforum.php?url=http://www.aaimg.com   Cached page

#### 1A Nausoft imaging software
Wide range of professional salon software. Hairstyling imaging. Salon management. Hair analysis ... Looking for a new
website? Are you going to rebuild your old website? Our customers ...
www.nausoft.com/webdesign/index.html   Cached page

#### Medical University Of The Americas - www.mua.edu
Medical University Of The Americas - www.mua.edu - Welcome to the Medical University of the Americas ... Quick
Find  Home - History Of MUA - Nevis - Educational Goals and Objectives - Recognition And Approval ...
www.mua.edu/other_links.php   Cached page

#### Fact Sheet for Student and Graduates of Foreign Medical Schools
Frequently Asked Questions – Students and Graduates of Foreign Medical Schools    I am a graduate of a foreign
medical school interested in completing my training in the U.S.   How do I get ...
www.snma.org/ihealth/ihealth/IntlFAQ.htm   Cached page

#### Search CROSS DRESSER'S HAIR STYLE with SYGOL
SYGOL: Search results for cross dresser's hair style Search : in : Domain: *** ac ad ae aero af ag ai al am an ao aq ...
Force index update now ) Help! html 3 Hair Style Salon specialising in hair extensions. Profile, services ...
www.sygol.com/M/194834.asp

#### Graduates, international medical graduate, graduate jobs uk
Watch resources for Graduates, international medical graduate, graduate jobs uk, post graduate Watch ... Watch
resources for Graduates, international medical graduate, graduate jobs uk, post graduate ...
www.watcheducation.com/graduates.html   Cached page

#### Graduates, keller graduate school, kekker graduate school of business
Look for tips to Graduates, keller graduate school, kekker graduate school of business, keller ... Info About Graduates,
keller graduate school, kekker graduate school of business, keller graduate ...
andloan.com/graduates.html   Cached page

#### Caribbean Medical Schools - Online Guide - Offshore Medical Schools ...
An Online Guide to Medical Schools located in the Caribbean and abroad.   Online Guide ... Online Guide to Medical
Schools in the Caribbean DOWNLOAD the E-BOOK QUESTIONS? ...
www.caribbeanmedicine.com/medschools.htm   Cached page

#### Colleges - Medical Colleges
... Get Accepted to Medical School - Applying to Medical Colleges You can download the application (required by most

American medical colleges) colleges Information! other information straight from the ...
www.askcolleges.com/medicalcolleges   Cached page

### Master Links
American Medical Association (AMA) AMA Policy for International Medical Grads (IMG's) AMA: The Fifth Pathway Program FREIDA Online: Fellowship and Residency Electronic Interactive Database IMG's ...
www.fifthpathway.com/hot_links/links.html   Cached page   6/7/2005

### Palacky University - Faculty of Medicine
Palacky University - Faculty of Medicine: opportunity for English speaking students to attend ... Virtual tour of Olomouc Palacky University home page   Admission Financial aid Student ...
www.palacky.com/students.html   Cached page

#### Palacky University - Faculty of Medicine
Palacky University - Faculty of Medicine: opportunity for English speaking students to attend ... Virtual tour of Olomouc Palacky University home page     - General FAQ   - Application and exams ...
www.palacky.com/faq.html   Cached page
Show more results from "www.palacky.com".

### Graduates, antioch new england graduate school, post graduate study
Look for tips to Graduates, antioch new england graduate school, post graduate study, pacifica ... Information about Graduates, antioch new england graduate school, post graduate study, pacifica ...
www.lookeducation.com/graduates.html   Cached page

### international medical graduate Resources
... international medical graduate Resources     Implantable Information Chip     Web Directory and Resources Sponsored Links Implantable Information Chip Research and buy ...
www.implantableinfochip.com/directory/international-medical-graduate.html   Cached page

### American Association Medical
American Association Medical American Association Medical Check out "American Association Medical" on ... American Association Medical Check out "American Association Medical" on the Internet   Home   ...
www.enzymedical.com/americanassociationmedical   Cached page

### QIC Loans > Foreign National Loans
... Bad Credit Auto Loan Bad Credit Car Loan Bad Credit Home Loan Bad Credit Loan Bad Credit Loan Mortgage Bad Credit Loan Personal Bad Credit Secured Loans Bad Credit Student Loans Bank Loan Bank Loan Policy Boat ...
www.qicloans.com/foreignnationalloans   Cached page

### Graduates, graduate schools, graduate education
Look for tips to Graduates, graduate schools, graduate education, kekker graduate school of business ... Search info to Graduates, graduate schools, graduate education, kekker graduate school of business ...
www.educationfaq.net/graduates.html   Cached page   6/7/2005

### american association of international medical graduates > The Medical ...
american association of international medical graduates The Best Site On american association of international medical graduates   You are Here > The Medical Shop > international medical ...
custompet.ca/international-medical/american-association-of-international-medical-graduates...   Cached page

### Medical Bookmarks - Health Professions
medical bookmarks W - Health Professions Bookmarks Please add site addresses here Useful sites not ... W - Health Professions Bookmarks Please add site addresses here Useful sites not listed here Last ...
www.medical-bookmarks.org.uk/w.htm   Cached page

### Palacky University - Faculty of Medicine
Palacky University - Faculty of Medicine: opportunity for English speaking students to attend ... Virtual tour of Olomouc Palacky University home page     Links within Palacky University     ...
www.medical-school.ca/links.html   Cached page

### International Medical Graduates - more about International Medical ...

Get International Medical Graduates insider information here! International Medical Graduates - more ... International Online Phd Degrees English -  International Organizations Online Course -  International ...

www.online-degree10.biz/International-Medical-Graduates.html   Cached page

Didn't get the results you expected? Help us improve.

| link:aaimg.com | Search |

Search Home    MSN Toolbar    About MSN Search    Add MSN Search to Your Site

MSN Home    My MSN    Hotmail    Messenger    News Headlines    Feedback    Advertise with Us
© 2005 Microsoft. MSN Privacy

RSS



## Cornell University
### Cornell Career Services

**Home    Students    Alumni    Employers    Faculty    Families**

Show Full CCS Menu »

Human Medicine ▶

Veterinary Medicine ▶

Accepted/Applied Charts ▶

Premed Profiles

Gaining Experience ▶

MCAT ▶

HCEC ▶

Taking Time Off

Applying

Study Away/Transfer Students ▶

Health Care Issues/Bioethics

Explore Health Fields

Advising Network

**Quick Links**

MCAT Information

Application Services - Medical/Dental/Veterinary

Financial Aid Resources

**Alternative Routes**

# Health Careers/HCEC

## Applying

The following pages contain key information on the application timetable, the application, anad financing a medical education. There is also information on alternate routes.

Applicant Timetable and Checklist

AMCAS and Non-AMCAS Application Procedures

Applications and Outcomes Questionnaires

Alternative Routes

AAMC Postbac Programs List

Postbac Programs List

American Association of International Medical Graduates
**AAIMG** recognizes that thousands of highly qualified U.S. citizens are denied admission to medical school each year and must study abroad. Current medical school admission standards in the United States overemphasize the importance of standardized tests and grade point average.

**103 Barnes Hall
Cornell University
Ithaca, NY 14853
607/255-5221**
career@cornell.edu

©**2005** Cornell University   |   Home   |   FAQ   |   Site Map   |   Contact Us   |   About this Site

**SEARCH**          | Go |

**EXHIBIT F**
Demand Letter to Defendant AAIMG from ST. MATTHEW's,
dated March 17, 2004

## LAW OFFICE OF DANIEL C. PERRI
*Attorneys at Law*
*4 Eleventh Avenue, Suite One*
*Shalimar, Florida 32579*
dperri@perrilawoffice.com

Daniel C. Perri
Lisa Y. Pitell

Telephone (850) 651-3011
Facsimile (850) 651-3306

March 17, 2004

Association of American International Medical Graduates
Attn: Thomas Moore, M.D. - President
1802 North Carson Street, Suite 212
Carson City, Nevada 89701

**CERTIFIED MAIL**
**RETURN RECEIPT**
7002 2410 0004 2901 1704

Re:     *St. Matthew's School of Medicine, Grand Cayman, British West Indies*

Dear Dr. Moore:

I have been retained by St. Matthew's School of Medicine, Grand Cayman, British West Indies, to assist them with the incorrect, misleading and damaging information contained on your website at "www.aaimg.com". The school has attempted to contact you many times through email and telephone calls without success. You leave no other choice than to pursue legal action against you and the AAIMG.

This is a demand upon you to immediately contact Dr. Jerry Thornton. Ph.D. at 800-498-9700 or Dr. Michael Harris, M.D. at 850-678-1225. Both of these individuals are officers of the school that can provide you with true, correct and accurate information regarding its status, licensing, facilities, faculty, curriculum, clerkship programs, and other information that you may need to properly reflect the true state of affairs regarding the school on your website. Please contact either one of them by no later than Wednesday, March 31, 2004. If you do not do so, then we take your refusal to contact them to obtain correct information as an intentional effort to provide misleading information on your website that is libelous, damaging, and intentionally misleading. I have then been instructed to immediately file a lawsuit against your organization and against you and other members of your corporation for your intentional efforts to damage the good name of the school through maintaining incorrect data on your website that is damaging to the school, by your continuing refusal to respond to emails and telephone calls from the school to provide you with correct information and the apparent lack of any proper legal structure of the AAIMG.

Thomas Moore, M.D.
March 17, 2004
Page 2


I await your prompt response and contact with either Dr. Harris or Dr. Thornton to correct
the information contained on your website which is not only misleading, out of date, and
intentionally damaging, but there has been a complete lack of effort to keep it up to date with correct
information.

Very truly yours,

Daniel C. Perri

DCP/ceb

cc:     Michael A. Harris, M.D.
        Jerry Thornton, Ph.D.

**EXHIBIT G**
Corporate Documents for Defendant AAIMG

**FILED**
IN THE OFFICE OF THE
SECRETARY OF STATE OF THE
STATE OF NEVADA

SEP 0 7 1999

No. C21961-99

*Dean Heller*

DEAN HELLER, SECRETARY OF STATE

60.  71999 11:17A  S3H145  F768-868-12957

(125.00)  RE

### Articles of Incorporation

### Of

### Association of American International Medical Graduates

### Article I

The name of the corporation is: Association of American International Medical Graduates

### Article II

The Resident Agent of the corporation is Val-U-Corp Services, Inc. The address of the Resident Agent where process may be served is:

1802 N. Carson St., Suite 212
Carson City, Nevada 89701

### Article III

The number of shares the corporation is authorized to issue is 25,000 shares with no par value. The stock shall be non-assessable.

### Article IV

The governing board of the corporation shall be styled as Directors. The First Board of Directors shall consist of one (1) member whose name and address is listed as follows:

Daniel A. Kramer
1802 N. Carson St., Suite 212
Carson City, Nevada 89701

### Article V

The purpose of the corporation shall be general business and any legal activity.

### Article VI

The Incorporator's name and address is listed as follows:

Daniel A. Kramer
1802 N. Carson St., Suite 212
Carson City, Nevada 89701

I, the undersigned, being the Incorporator hereinbefore named for the purpose of forming a corporation pursuant to General Corporation Law of the State of Nevada, do make and file these Articles of Incorporation, hereby declaring and certifying that the facts herein stated are true, and accordingly have hereunto set my hand this August 30, 1999.

Daniel A. Kramer
Incorporator


I, Val-U-Corp Services, Inc., hereby accept appointment as Resident Agent for the previously named corporation this August 30, 1999.

Daniel A. Kramer
President

2

**(PROFIT) ANNUAL LIST OF OFFICERS, DIRECTORS AND RESIDENT AGENT OF**

FILE NUMBER

Association of American International Medical Graduates

c21961-99

(Name of Corporation)

A ___ Nevada ___ CORPORATION   FOR THE FILING PERIOD ___ 9/01 ___ TO ___ 9/02

(State of Incorporation)

The corporation's duly appointed resident agent in the State of Nevada upon whom process can be served is:

Office Use Only

Val-U-Corp Services, Inc.
1802 N. Carson Street, Suite 212
Carson City, NV 89701

**FILED**

SEP 2 2 2001

Dean Heller
Secretary of State

IF AGENT INFORMATION HAS CHANGED, PLEASE SEE ATTACHED
INSTRUCTIONS ON HOW TO OBTAIN THE APPROPRIATE FORM.

*Important: Read instructions before completing and returning this form.*
1. Print or type names and addresses, either residence or business, for all officers and directors. A president, secretary, treasurer and at least one other ... officer must be named. Have an officer sign the form. FORM WILL BE RETURNED IF UNSIGNED
2. If there are additional directors attach a list of them to this form.
3. Return the completed form with the $85.00 filing fee. A $50.00 penalty must be added for failure to file this form by the last day of the anniversary month of the incorporation/initial registration with this office.
4. Make your check payable to the Secretary of State. Your cancelled check will constitute a certificate to transact business per NRS 78.155. If you need a receipt, return page 2 certificate and ENCLOSE A SELF-ADDRESSED STAMPED ENVELOP. To receive a certified copy, enclose a copy of this completed form, an additional $20.00 and appropriate instructions.
5. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, NV 89701-4201, (775) 684-5708.

FILING FEE $85.00   LATE PENALTY: $50.00

| NAME | TITLE(S) |
|---|---|
| Thomas Moore, MD | PRESIDENT |

PO BOX   STREET ADDRESS 1802 N. Carson Ste. 212   CITY Carson City   ST NV   ZIP 89701

| NAME | TITLE(S) |
|---|---|
| Sarah Weinstein | SECRETARY |

PO BOX   STREET ADDRESS 1802 N, Carson Ste.212   CITY Carson City   ST NV   ZIP 89701

| NAME | TITLE(S) |
|---|---|
| Rachael Silver | TREASURER |

PO BOX   STREET ADDRESS 1802 N. Carson Ste. 212   CITY Carson City   ST NV   ZIP 89701

| NAME | TITLE(S) |
|---|---|
| Diedre Moore | DIRECTOR |

PO BOX   STREET ADDRESS 1802 N. Carson St   CITY Carson City   ST NV   ZIP 89701

| NAME | TITLE(S) |
|---|---|
|  | DIRECTOR |

PO BOX   STREET ADDRESS   CITY   ST   ZIP

| NAME | TITLE(S) |
|---|---|
|  | DIRECTOR |

PO BOX   STREET ADDRESS   CITY   ST   ZIP

I declare, to the best of my knowledge, under penalty of perjury, that the above mentioned entity has complied with the provisions of chapter 364A of NRS

X Signature of officer _Rachael E. Silver_   Title(s) _Secretary_   Date 8. 29. 01

Nevada Secretary of State Form ANNUAL LIST-PROFIT1998.01
Revised on: 07/21/01

**(PROFIT) ANNUAL LIST OF OFFICERS, DIRECTORS AND RESIDENT AGENT OF**

FILE NUMBER

Association of American International Medical Graduates
(Name of Corporation)

c21961-99

A ___ Nevada ___ **CORPORATION**   FOR THE FILING PERIOD ___ 9/02 ___ TO ___ 9/03
(State of Incorporation)

The corporation's duly appointed resident agent in the State of Nevada upon whom process can be served is:

Office Use Only

Val-U-Corp Services, Inc.
1802 N. Carson Street, Suite 212
Carson City, NV 89701

FILED #

OCT 0 2 2002

IN THE OFFICE OF
DEAN HELLER, SECRETARY OF STATE

IF AGENT INFORMATION HAS CHANGED, PLEASE SEE ATTACHED INSTRUCTIONS ON HOW TO OBTAIN THE APPROPRIATE FORM.

*Important: Read instructions before completing and returning this form.*
1. Print or type names and addresses, other residence or business, for all officers and directors. A president, secretary, treasurer and at least one director must be named. Have an officer sign the form. FORM WILL BE RETURNED IF UNSIGNED.
2. If there are additional directors attach a list of them to this form.
3. Return the completed form with the $85.00 filing fee. A $50.00 penalty must be added for failure to file this form by the last day of the anniversary month of the incorporation/initial registration with this office.
4. Make your check payable to the Secretary of State. Your cancelled check will constitute a certificate to transact business per NRS 75.154. If you need a receipt, return page 2 certificate and ENCLOSE A SELF-ADDRESSED STAMPED ENVELOPE. To receive a certified copy, enclose a copy of this completed form, an additional $30.00 and appropriate instructions.
5. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, NV 89701-4201, (775) 684-5708.

FILING FEE: $85.00     LATE PENALTY: $50.00

| NAME | TITLE(S) |
|---|---|
| Thomas Moore, MD | PRESIDENT |

| PO BOX | STREET ADDRESS | 1802 N. Carson Suite 212 | CITY Carson City | ST NV | ZIP 89701 |
|---|---|---|---|---|---|

| NAME | TITLE(S) |
|---|---|
| Sarah Weinstein | SECRETARY |

| PO BOX | STREET ADDRESS | 1802 B, Carson Suite 212 | CITY Carson City | ST NV | ZIP 89701 |
|---|---|---|---|---|---|

| NAME | TITLE(S) |
|---|---|
| Rachael Silver | TREASURER |

| PO BOX | STREET ADDRESS | 1802 N. Carson Suite 212 | CITY Carson City | ST NV | ZIP 89701 |
|---|---|---|---|---|---|

| NAME | TITLE(S) |
|---|---|
| Diedre Moore | DIRECTOR |

| PO BOX | STREET ADDRESS | 1802 N. Carson St. Suite 212 | CITY Carson City | ST NV | ZIP 89701 |
|---|---|---|---|---|---|

| NAME | TITLE(S) |
|---|---|
| | DIRECTOR |

| PO BOX | STREET ADDRESS | | CITY | ST | ZIP |
|---|---|---|---|---|---|

| NAME | TITLE(S) |
|---|---|
| | DIRECTOR |

| PO BOX | STREET ADDRESS | | CITY | ST | ZIP |
|---|---|---|---|---|---|

I declare, to the best of my knowledge, under penalty of perjury, that the above mentioned entity has complied with the provisions of chapter 364A of NRS.

X Signature of officer  *Rachael E. Silver*    Title(s) Treasurer/Sec    Date 9/13/02

Nevada Secretary of State Form ANNUAL LIST-PROFIT1999.01
Revised on 07/01/01

**(PROFIT) ANNUAL LIST OF OFFICERS, DIRECTORS AND RESIDENT AGENT OF**

FILE NUMBER

Association of American International Medical Graduates          c21961-99
(Name of Corporation)

A _____Nevada_____ CORPORATION          FOR THE FILING PERIOD ___9/03___ TO 9/04
(State of Incorporation)

The corporation's duly appointed resident agent in the State of Nevada
upon whom process can be served is:

Office Use Only

FILED # _____

OCT 0 9 2003

IN THE OFFICE OF

DEAN HELLER SECRETARY OF STATE

Val-U-Corp Services, Inc.
1802 N. Carson St., Suite 212
Carson City, NV 89701

**IF AGENT INFORMATION HAS CHANGED, PLEASE SEE ATTACHED
INSTRUCTIONS ON HOW TO OBTAIN THE APPROPRIATE FORM.**

*Important: Read instructions before completing and returning this form.*
1. Print or type names and addresses, either residence or business, for all officers and directors. A president, secretary, treasurer and at least one director must be named. Have an officer sign the form.
   *FORM WILL BE RETURNED IF UNSIGNED*
2. If there are additional directors attach a list of them to this form.
3. Return the completed form with the $85.00 filing fee. A $50.00 penalty must be added for failure to file this form by the last day of the anniversary month of the incorporation/initial registration with this office.
4. Make your check payable to the Secretary of State. Your cancelled check will constitute a certificate to transact business per NRS 78.155. If you need a receipt, return page 2 certificate and ENCLOSE A SELF-ADDRESSED STAMPED ENVELOPE. To receive a certified copy, enclose a copy of this completed form, an additional $20.00 and appropriate instructions.
5. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, NV 89701-4201, (775) 684-5708.

FILING FEE: $85.00          LATE PENALTY: $50.00

| NAME | TITLE(S) |
|------|----------|
| Thomas Moore, MD | PRESIDENT |
| PO BOX          STREET ADDRESS 1802 N. Carson   CITY Carson City   ST NV   ZIP 89701 Suite 212 | |

| NAME | TITLE(S) |
|------|----------|
| Sarah Weinstein | SECRETARY |
| PO BOX          STREET ADDRESS 1802 N. Carson   CITY Carson City   ST NV   ZIP 89701 Suite 212 | |

| NAME | TITLE(S) |
|------|----------|
| Rachael Silver | TREASURER |
| PO BOX          STREET ADDRESS 1802 N. Carson   CITY Carson City   ST NV   ZIP 89701 Suite 212 | |

| NAME | TITLE(S) |
|------|----------|
| Diedre Moore | DIRECTOR |
| PO BOX          STREET ADDRESS 1802 N. Carson   CITY Carson City   ST NV   ZIP 89701 Suite 212 | |

| NAME | TITLE(S) |
|------|----------|
| | DIRECTOR |
| PO BOX          STREET ADDRESS   CITY   ST   ZIP | |

| NAME | TITLE(S) |
|------|----------|
| | DIRECTOR |
| PO BOX          STREET ADDRESS   CITY   ST   ZIP | |

I declare to the best of my knowledge, under penalty of perjury, that the above mentioned entity has complied with the provisions of chapter 364A of NRS.

X Signature of officer *Rachael E. Silver*          Title(s) *Secretary*     Nevada Secretary of State Form ANNUAL LIST-PROFIT 1999.01          Date 9.15.03

Revised on: 07/21/01

# ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES

## Corporation Information

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 9/7/1999 |
| Type: | NRS78 - Domestic Corporation | Corp Number: | C21961-1999 |
| Qualifying State: | NV | List of Officers Due: | 9/30/2005 |
| Managed By: | | Expiration Date: | |
| Foreign Name: | | On Admin Hold: | False |

## Resident Agent Information

| | | | |
|---|---|---|---|
| Name: | VAL-U-CORP SERVICES, INC. | Address 1: | 1802 N CARSON ST. |
| Address 2: | #212 | City: | CARSON CITY |
| State: | NV | Zip: | 89701 |
| Phone: | | Fax: | |
| Email: | | Mailing Address 1: | |
| Mailing Address 2: | | Mailing City: | |
| Mailing State: | | Mailing Zip: | |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 25,000.00 | Capital Amount: | $ 0 |

No stock records found for this company

## Officers

☑ Include Inactive Officers

### President - THOMAS MOORE, MD

| | | | |
|---|---|---|---|
| Address 1: | 1802 N CARSON ST STE 212 | Address 2: | |
| City: | CARSON CITY | State: | NV |
| Zip: | 89701 | Country: | |
| Status: | Active | Email: | |

### President - THOMAS MOORE, MD

| | | | |
|---|---|---|---|
| Address 1: | 1802 N CARSON ST STE 212 | Address 2: | |
| City: | CARSON CITY | State: | NV |
| Zip: | 89701 | Country: | |
| Status: | Historical | Email: | |

### Treasurer - RACHAEL SILVER

| | | | |
|---|---|---|---|
| Address 1: | 1802 N CARSON ST STE 212 | Address 2: | |
| City: | CARSON CITY | State: | NV |
| Zip: | 89701 | Country: | |
| Status: | Historical | Email: | |

### Treasurer - RACHAEL SILVER

| | | | |
|---|---|---|---|
| Address 1: | 1802 N CARSON ST STE 212 | Address 2: | |
| City: | CARSON CITY | State: | NV |
| Zip: | 89701 | Country: | |
| Status: | Active | Email: | |

Case 2:06-cv-00052-DBH   Document 9-2   Filed 04/04/06   Page 44 of 50   PageID #: 330

| Secretary - SARAH WEINSTEIN | | | |
|---|---|---|---|
| Address 1: | 1802 N CARSON ST STE 212 | Address 2: | |
| City: | CARSON CITY | State: | NV |
| Zip: | 89701 | Country: | |
| Status: | Active | Email: | |
| Secretary - SARAH WEINSTEIN | | | |
| Address 1: | 1802 N CARSON ST STE 212 | Address 2: | |
| City: | CARSON CITY | State: | NV |
| Zip: | 89701 | Country: | |
| Status: | Historical | Email: | |

| Actions\Amendments | | | |
|---|---|---|---|
| Action Type: | Articles of Incorporation | | |
| Document Number: | C21961-1999-001 | # of Pages: | 2 |
| File Date: | 09/07/1999 | Effective Date: | |
| (No Notes for this action) | | | |
| Action Type: | Amendment | | |
| Document Number: | C21961-1999-003 | # of Pages: | 1 |
| File Date: | 10/03/2000 | Effective Date: | |
| REINSTATED-REVOKED 8/1/00 GXH | | | |
| Action Type: | Annual List | | |
| Document Number: | C21961-1999-002 | # of Pages: | 1 |
| File Date: | 09/21/2004 | Effective Date: | |
| List of Officers for 2004 to 2005 | | | |

# Nevada Secretary of State
## Dean Heller

**Online Services**     | **Fee Schedule**     | **Login**

## Corporation Actions for "ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES"

**Sort by** [File Date ▾]   ⦿ **descending** ○ **ascending order**   [Re-Sort]

### 1 - 3 of 3 actions

| Actions\Amendments | | | |
|---|---|---|---|
| **Action Type:** | Annual List | | |
| **Document Number:** | C21961-1999-002 | **# of Pages:** | 1 |
| **File Date:** | 09/21/2004 | **Effective Date:** | |
| List of Officers for 2004 to 2005 | | | |
| **Action Type:** | Amendment | | |
| **Document Number:** | C21961-1999-003 | **# of Pages:** | 1 |
| **File Date:** | 10/03/2000 | **Effective Date:** | |
| REINSTATED-REVOKED 8/1/00 GXH | | | |
| **Action Type:** | Articles of Incorporation | | |
| **Document Number:** | C21961-1999-001 | **# of Pages:** | 2 |
| **File Date:** | 09/07/1999 | **Effective Date:** | |
| (No Notes for this action) | | | |

**Return to Corporation Details for "ASSOCIATION OF AMERICAN INTERNATIONAL MEDICAL GRADUATES"**

[New Search]

[SOS Contact Information]

[SOS Home]   [Legislature]   [Nevada Home]

You are currently not logged in

Copyright © 1996-2005

**EXHIBIT H**
Registration Information for the Domain "AAIMG.COM"
as of July 7, 2005

bobparsons.com

**Is this really GoDaddy.com?**

Go Daddy.COM
Make a .com
name with us! ™

**Success Key: Focus on what you want to have happen!**
**Waiving goodbye to a sure $30,000.**
**Making $60,000 instead!**

Reseller Plans! RELOADED

**Verify the site for your protection!**

My Account    Support    My Cart    Check Email

| Domain Names ▾ | Hosting & Servers ▾ | Site Builders ▾ | Email ▾ | SSL Certificates ▾ | Ecommerce ▾ | Be a Reseller ▾ |

My Account / Logout | Company Info | Why our prices are so low | 10-Point Value Plan | What's New! | FAQ | Link To Us    XML    **NEW! RSS Feeds**

## WHOIS Search Results for: AAIMG.COM

The data contained in Go Daddy Software, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of Go Daddy Software, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, Go Daddy Software, Inc.
is not the registrant of domain names listed in this database.

Registrant:
AAIMG

1802 N. Carson Street
Carson City, Nevada 89701
United States

Registered through: GoDaddy.com (http://www.godaddy.com)
Domain Name: AAIMG.COM
Created on: 02-Nov-99
Expires on: 02-Nov-06
Last Updated on: 19-Nov-03

Administrative Contact:
Demkin, Andrew demkin@hotmail.com
60, Moika emb. apt.33
Saint-Petersburg, 90000
RUS
+7 812 3147397 Fax -- +7 812 3147397
Technical Contact:
Demkin, Andrew demkin@hotmail.com
60, Moika emb. apt.33
Saint-Petersburg, 90000
RUS
+7 812 3147397 Fax -- +7 812 3147397

Domain servers in listed order:
NS5.SPB.RU
NS0.XNAME.ORG

Registry Status: REGISTRAR-LOCK

See Underlying Registry Data

Report Invalid Whois

### ▶ Buy these available domains:

- ☐ AAIMG.BIZ
- ☐ AAIMG.INFO
- ☐ AAIMG.NET
- ☐ AAIMG.WS
- ☐ AAIMG.NAME
- ☐ AAIMG.TV
- ☐ AAIMG.CO.UK
- ☐ AAIMG.ME.UK
- ☐ AAIMG.ORG.UK

### ▶ You might also consider:

- ☐ AAIMG**ONLINE**.COM
- ☐ AAIMG**HOME**.COM
- ☐ AAIMG**SITE**.COM
- ☐ AAIMG**NET**.COM
- ☐ AAIMG**WEB**.COM
- ☐ **NEW**AAIMG.COM
- ☐ **MY**AAIMG.COM
- ☐ **THE**AAIMG.COM
- ☐ **OFFICIAL**AAIMG.COM

**BUY NOW!**

### ▶ Search Again

Enter a domain name:

[                    ] .com ▾

FREE Domain Extras!    Search

### More About Domains

- Compare our prices
- Why our prices are so low
- Transfer your domain to
  GoDaddy.com for just $7.95!
  Includes a 1-year extension.

**NEW!** Sell your domain name. Bid on
a name that already exists. The
Domain Name Aftermarket is the
Internet's new auction house for the HOT
domains, all backed by proven
GoDaddy.com systems and support.
Join now for just $4.95 and get a 100
domain monitor pack, free!

▶ 24/7 Sales and Support: (480) 505-8877    ▶ Billing Questions? Call (480) 505-8855    ▶ Free e-News:    Enter email address    GO

Home | About Us | Catalog | Cart | Payment Options | Legal | Report Spam | Careers | Site Index | Whois | Affiliates | Link to Us

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2005

**EXHIBIT I**
Letter from Defendant AAIMG to "loan provider,"
postmarked October 19, 1999

American Association of International
Medical Graduates

1802 North Carson Street
Suite 212-2161
Carson City, Nevada 89701



Office of Medical Education
Jackson Park Hospital
7531 Stoney Island Ave.
Chicago, IL 60645





A..
# American Association of International Medical Graduates

Established | Website: www.aaimg.com
1993

1802 North Carson Street
Suite 212-2161
Carson City, Nevada
89701

## Report on the Quality of Caribbean Medical Schools

Dear Loan Provider:

The *American Association of International Medical Graduates*, hereafter referred to as AAIMG, was founded in 1993 as a non-profit organization to promote acceptance of U.S. international medical graduates into mainstream American medical practice. Each year, thousands of highly qualified U.S. citizens are denied admission to medical school and must study abroad. AAIMG recognizes that there are many qualities that go into the making of a skilled, compassionate physician and does not define merit solely on the basis of standardized test scores and grades. Pre-medical advisors frequently have no objective means of screening the variety of foreign medical schools soliciting students from undergraduate programs in the United States. Alarmed by the recent worldwide proliferation of medical schools recruiting American citizens, AAIMG launched a comprehensive study with objective screening and evaluative data to assist prospective medical students and pre-medical advisors and loan providers with accurate information about the quality of medical schools outside the continental United States.

Regions included in the study are as follows: (1) The Caribbean Basin, (2) Mexico, Central and South America; (3) Eastern Europe and the former USSR. Marketing materials such as catalogs and web sites were carefully analyzed to determine the quality and standards of medical school programs. Site visits were made to admission offices by AAIMG members posing as prospective applicants or as an applicant-parent team. "Applicants" visited each basic science campus for tours and interviewed as many administrators, faculty members and students as time constraints permitted. Hospitals were contacted to verify affiliations with the medical schools under evaluation. Directors of Medical Education and preceptors were questioned about the quality of the international medical students from various schools and their liaison relationship with each medical school. Below is a list of the AAIMG evaluation criteria used in our study.

### SUMMARY OF AAIMG EVALUATION CRITERIA

**Admission Criteria:** The published catalog must accurately represent the following: program content, number of full-time faculty, clinical training sites and basic science campus facilities; admission criteria for selecting students should be clearly established; school does not grant advanced standing or recruit failures from other medical schools; physical presence of a bona fide admissions office with qualified staff; pre-medical requirements consisting of essential liberal arts and science courses with a minimum of 90 semester hours of undergraduate education or equivalent credentials from foreign countries.

**Curriculum:** Detailed course descriptions with credit and semester hours calculated for each course; curriculum that conforms to acceptable standards of United States licensing boards; clearly stated goals and objectives for each course and a detailed syllabus with evaluation criteria available to the student; clinical education components that clearly state goals and objectives and evaluation criteria

88