

Getting started is easy.

### An affordable investment

• Compared to most graduate administration programs, the cost of the MHSA from Saint Joseph's College is extremely affordable. If you qualify, you may receive federal financial aid, and defer any current student loans while you are completing this program. For more information about financial aid, contact the Office of Financial Aid at Saint Joseph's College at 800-752-1266.

• If you are applying for financial aid, special guidelines must be followed and you must also complete all required forms. These can be accessed on our Web site at www.sjcme.edu/smu (click on Financial Aid).

### Admissions Requirements and Process

• To be eligible for admission into the Master in Health Services Administration, you must have completed a Bachelor's degree from an accredited institution (or have accumulated at least 90 undergraduate credits) and be accepted as a medical student at St. Matthew's University. (When using 90+ credits, you will be unable to receive you MHSA degree until you have earned your MD degree from St. Matthew's.)

• An application is available from our Web site at www.sjcme.edu/smu (click on Apply).



• Once you have been accepted into the program, the International Program Coordinator will enroll you in your courses, assist you in obtaining necessary texts and materials for your coursework, and help arrange housing when you come to Maine. A meal plan through Saint Joseph's College also is available.

• Applicants born outside the USA in non-English speaking countries must submit a Test of English as a Foreign Language (TOEFL), unless graduated from an English-speaking school at the secondary level. Graduate-level students must have a score of 550 or better.

If you need assistance or have any additional questions, please call us at 800-752-5668 or 207-893-7829. You can also e-mail us at smu@sjcme.edu.

7

Saint Joseph's College admits students without regard to race, color, religion, national or ethnic origin, gender, age, or disability to all the rights, privileges, programs and activities generally accorded or made available to students at the College. The College does not discriminate on the basis of race, color, religion, national or ethnic origin, gender, age, or disability in administration of its educational policies, admission policies, scholarship and loan programs, and athletic and other school administered programs. Saint Joseph's College is also authorized under Federal Law to enroll nonimmigrant alien students.



## Academic calendar

You can apply for admission and be accepted into the Master in Health Services Administration program in either the spring, summer or fall semesters, up to your third semester as a St. Matthew's medical student. It is strongly recommended that you begin the program in your first semester, as the schedule below depicts. During the summer, you are eligible to complete courses in Maine during the annual Summer Program in June and July.

| Session | Location | Course / Activity | Credits |
|---|---|---|---|
| 1st Semester | Grand Cayman | Core Curriculum | 6 |
| 2nd Semester | Grand Cayman | Core Curriculum | 6 |
| 3rd Semester | Grand Cayman | Core Curriculum | 6 |
| 4th Semester | Maine | Practice Management Specialty | 6 |
| 5th Semester | Maine | Practice Management Specialty | 6 |
| Subsequent Semesters | Varies | Practice Management Specialty & Electives | 12 |
| **Total** | | | **42** |

Saint Joseph's College of Maine is accredited by the New England Association of Schools & Colleges (www.neasc.org).

### Affiliations & Memberships
- American College of Health Care Administrators
- National Association of Boards of Examiners of Long-Term Care Administrators
- Association for Continuing Higher Education
- The Council of Independent Colleges
- Maine Higher Education Council
- Maine State Department of Education
- The National Association of Independent Colleges and Universities

"The atmosphere of the campus is ideal for learning. It is a very peaceful and serene place to study. At Saint Joseph's College the faculty and staff are first-class. I would definitely recommend the program to colleagues of mine.

I believe this program will have a positive impact on my career progression. I will have more employment opportunities in administrative and managerial positions than I would have been able to obtain with the MD only."

*Sharon Jamie, MD/MHSA student*

"I love having a better understanding of how hospital management works and how to deal with the inevitable problems that come up.

I studied virtually every chance I got in the library, and the librarian was always so enthusiastic and helpful. I loved going for runs to the bridge and sticking my feet into the lake. The sunsets over Sebago Lake are amazing."

*Clay Johnson, MHSA '02*

"Saint Joseph's has been a perfect fit for my professional and family life. The curriculum was challenging ... interactive with current topics. Now my family and I are celebrating my recent graduation, as well as my latest promotion."

*Tedd Alan Comerford, MHSA '01*

"Thank you for your teaching and guidance throughout this course. The material is very applicable and helps to gain a better overview of health care in general."

*Maureen Green, MHSA student*



Saint Joseph's College of Maine
Division of Graduate & Professional Studies
278 Whites Bridge Road
Standish, Maine 04084

800-752-5668
207-893-7829

smu@sjcme.edu
www.sjcme.edu/smu



A Unique Program for Students of
St. Matthew's University School of Medicine

Saint Joseph's College of Maine
Master in Health Services Administration

## Replies and Other Related Documents

2:05-cv-00848-BES-LRL St. Matthew's University v. SABA University

### United States District Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from Reinmiller, Nathan entered on 3/20/2006 at 4:17 PM PST
and filed on 3/20/2006

**Case Name:**        St. Matthew's University v. SABA University
**Case Number:**      2:05-cv-848
**Filer:**            David L. Frederick
**Document Number:** 33

**Docket Text:**
REPLY to Response to [20] MOTION to Dismiss; filed by Defendant David L. Frederick. *Plaintiff's*
*Opposition to Defendant David L. Fredrick's Motion to Dismiss Plaintiff's Amended Complaint*
(Reinmiller, Nathan)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=3/20/2006] [FileNumber=3029859-0
] [2b8ef14240763787d9a7fb4b64620b0449eaeb6c2517a516d3ed79e802446701cd5
35db89ffb3b563e49058cad742cb221e5ab4e436099fc459b18d03ca20aca]]

**2:05-cv-848 Notice will be electronically mailed to:**

F. Christopher Austin     austinc@gtlaw.com

Ronald D Green , Jr     greenro@gtlaw.com

Nathan Reinmiller     efile@alversontaylor.com

Mark G Tratos     tratosm@gtlaw.com

**2:05-cv-848 Notice will be delivered by other means to:**

Terri R. Hanley
pro hac vice
220 Montgomery Street, Suite 1920
San Francisco, CA 94104

Karl S. Kronenberger

pro hac vice
220 Montgomery Street, Suite 1920
San Francisco, CA 94104

**EXHIBIT G**
Order To Lift Seal
Entered and Signed by the Honorable Lawrence R. Leavitt on March 3, 2006

1
2
3
4
5
6
7
8
9
10

**GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086)
F. Christopher Austin (Bar No. 6559)
Ronald D. Green, Jr. (Bar No. 7360)
3773 Howard Hughes Parkway, Ste. 500 N
Las Vegas, Nevada  89109
Tel: (702) 792-3773
Fax: (702) 792-9002

**KRONENBERGER & ASSOCIATES**
Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Vice*)
220 Montgomery Street, Suite 1920
San Francisco, California 94104
Tel:  (415) 955-1155
Fax:  (415) 955-1158

Attorneys for Plaintiff

11      **UNITED STATES DISTRICT COURT**
12      **DISTRICT OF NEVADA**
13

14   | **ST. MATTHEW'S UNIVERSITY** | Case No. CV-S-05-0848-BES |
15   | **(CAYMAN) LTD., a Cayman Islands** | |
     | **company,** | |
16   | Plaintiff, | |
17   | vs. | **ORDER TO LIFT SEAL** |
18   | **SABA UNIVERSITY SCHOOL OF** | |
19   | **MEDICINE FOUNDATION, a** | **CONDITIONALLY UNDER SEAL** |
     | **Netherland-Antilles company, *et al*,** | |
20   | Defendants. | |
21
22
23
24
25
26
27
28

1                                          ORDER TO LIFT SEAL

1      After consideration upon petition properly made by Plaintiff ST. MATTHEW'S

2  UNIVERSITY (CAYMAN) LTD. in the above-captioned case, and good cause having

3  been found therefore, IT IS HEREBY ORDERED:

4      The Court's "ORDER RE FILING UNDER SEAL," signed on July 15, 2005 and

5  entered on July 19, 2005, is hereby rescinded and the seal pursuant thereto lifted.

6

7  **IT IS SO ORDERED.**

8

9  DATED: _____March 3, 2006_____

10

11                   _____
                       UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16  **SUBMITTED:**

17  Dated: February 3, 2006      **KRONENBERGER & ASSOCIATES**

18

19                       By: _____

20                          Karl S. Kronenberger
                          Terri R. Hanley
                          Attorneys for Plaintiff

21                          ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.

22

23  Dated: February 3, 2006      **GREENBERG TRAURIG, LLP**

24

25                       By: _____

26                          Mark G. Tratos
                          F. Christopher Austin
                          Ronald D. Green, Jr.

27                          Designated Local Counsel for Plaintiff
                          ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.

28

ORDER TO LIFT SEAL

**EXHIBIT H**
Order For Alternative Service
Entered and Signed by the Honorable Lawrence R. Leavitt on March 3, 2006

1
**GREENBERG TRAURIG LLP**
Mark G. Tratos (Bar No. 1086)
2
F. Christopher Austin (Bar No. 6559)
Ronald D. Green, Jr. (Bar No. 7360)
3
3773 Howard Hughes Parkway, Ste. 500 N
Las Vegas, Nevada  89109
4
Tel: (702) 792-3773
Fax: (702) 792-9002
5
**KRONENBERGER & ASSOCIATES**
6
Karl S. Kronenberger (CA Bar No. 226112) (*Pro Hac Vice*)
Terri R. Hanley (CA Bar No. 199811) (*Pro Hac Vice*)
7
220 Montgomery Street, Suite 1920
San Francisco, California 94104
8
Tel:  (415) 955-1155
Fax:   (415) 955-1158
9
Attorneys for Plaintiff
10

11
UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
12

13

14
**ST. MATTHEW'S UNIVERSITY
(CAYMAN) LTD., a Cayman Islands
15
company,**

Case No. CV-S-05-0848-BES
16
        Plaintiff,

17
    vs.
ORDER FOR ALTERNATIVE SERVICE
18
**SABA UNIVERSITY SCHOOL OF
MEDICINE FOUNDATION, a
19
Netherland-Antilles company, *et al*,**
<u>CONDITIONALLY UNDER SEAL</u>
20
        Defendants.

21

22
        After consideration upon motion properly made by Plaintiff ST. MATTHEW'S

23
UNIVERSITY (CAYMAN) LTD. ("ST. MATTHEW'S") in the above-captioned case, and

24
good cause having been found therefore, IT IS HEREBY ORDERED:

25
        1.      Defendants in the present case Thomas Moore, M.D. a.k.a.

26
"presaaimg@hotmail.com" ("MOORE"), Sarah Weinstein a.k.a.

27
"execsecaaimg@hotmail.com" ("WEINSTEIN") and Rachael Silver ("SILVER") may be

28
served with notice of summons pursuant to the provisions of Nevada Rules of Civil

                                1                    **[PROPOSED] ORDER FOR ALTERNATIVE
                                                                                    SERVICE**

1  Procedure, Rule 4(e)(1), by publication in the Nevada Appeal of Carson City, Nevada for

2  a period of four weeks, at least once a week during said time.  The service of summons

3  shall be deemed complete at the expiration of four weeks from the first publication.

4      2.    Each of Defendants MOORE, WEINSTEIN and SILVER may be served by

5  delivery of summons to Val-U-Corp Services, Inc. of Carson City, Nevada, as such agent

6  and address was designated for each such Defendant in AAIMG's corporate documents

7  filed with the State of Nevada.

8      3.    Each of Defendants MOORE, WEINSTEIN and SILVER may be served by

9  email delivery of summons at both of the email addresses "presaaimg@hotmail.com"

10  and "execsecaaimg@hotmail.com," each of those Defendants having been shown to use

11  those addresses in communication concerning the present case.  Service of summons

12  shall be deemed complete upon transmission with no error returned.

13      4.    Counsel for Defendant Association of American International Medical

14  School Graduates, Inc. ("AAIMG") Nathan Reinmiller of Alverson, Taylor LLP in Las

15  Vegas, Nevada shall serve as agent for service of process for Defendants MOORE,

16  WEINSTEIN, and SILVER, stated officers of Defendant AAIMG.

17      The above allowances for service are collective and non-exclusive options.

18

19  **IT IS SO ORDERED.**

20

21  DATED: ___March 3, 2006___

22  _____

23  UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

2

**ORDER FOR ALTERNATIVE SERVICE**

1    SUBMITTED:

2
     Dated:  February 3, 2006.              KRONENBERGER & ASSOCIATES
3

4
     By: _____
5                                          Karl S. Kronenberger
                                           Terri R. Hanley
6                                          Attorneys for Plaintiff
                                           ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.
7

8

9    Dated:  February  6 . 2006.           GREENBERG TRAURIG, LLP

10

11   By: _____

12                                         Mark G. Tratos
                                           F. Christopher Austin
13                                         Ronald D. Green, Jr.
                                           Designated Local Counsel for Plaintiff
14                                         ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              3        [PROPOSED] ORDER FOR ALTERNATIVE
                                                              SERVICE

**EXHIBIT I**
Case docket (as it appears on PACER) – current as of April 3, 2006

# United States District Court
## District of Nevada (Las Vegas)
## CIVIL DOCKET FOR CASE #: 2:05-cv-00848-BES-LRL

St. Matthew's University v. SABA University
Assigned to: Judge Brian E. Sandoval
Referred to: Magistrate Judge Lawrence R. Leavitt
Cause: 15:1125 Trademark Infringement (Lanham Act)

Date Filed: 07/12/2005
Jury Demand: Plaintiff
Nature of Suit: 320 Assault Libel &
Slander
Jurisdiction: Federal Question

**Plaintiff**

**St. Matthew's University (Cayman)
Ltd.**

represented by **F. Christopher Austin**
Greenberg Traurig LLP
3773 Howard Hughes Pkwy
Suite 500 North
Las Vegas, NV 89109-
Email: austinc@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karl S. Kronenberger**
pro hac vice
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
415-955-1155
Fax: 415-955-1158
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark G Tratos**
Greenberg Traurig LLP
3773 Howard Hughes Pkwy
Suite 500 North
Las Vegas, NV 89109
(702) 792-3773
Fax: (702) 792-9002
Email: tratosm@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald D Green, Jr**
Greenberg Traurig LLP
3773 Howard Hughes Pkwy
Suite 500 North
Las Vegas, NV 89109
(702) 792-3773
Fax: (702) 792-9002
Email: greenro@gtlaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terri R. Hanley**
pro hac vice
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
415-955-1155
Fax: 415-955-1155
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

<u>Defendant</u>

| | | |
|---|---|---|
| **Association of American International Medical Graduates, Inc.** | represented by | **Nathan Reinmiller** |

Alverson Taylor Mortensen, et al
7401 W Charleston Blvd
Las Vegas, NV 89117-1401
Email: efile@alversontaylor.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Pankaj Desai**

<u>Defendant</u>

**Education Information Consultants, Inc.**

<u>Defendant</u>

**Education International Consultants, LLC**

<u>Defendant</u>

| | | |
|---|---|---|
| **David L. Frederick** | represented by | **Nathan Reinmiller** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

| | | |
|---|---|---|
| **Patricia Hough** | represented by | **Nathan Reinmiller** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Medical University of the Americas**

**Defendant**

**Diedre Moore**

**Defendant**

**Thomas Moore**

**Defendant**

**Saba University School of Medicine
Foundation**

**Defendant**

**Rachael E. Silver**

**Defendant**

**Sarah B. Weinstein**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/12/2005 | 1 | COMPLAINT by Plf w/jury demand. (FILED SEPARATELY) (Entered: 07/12/2005) |
| 07/12/2005 | 2 | MOTION FOR MISCELLANEOUS RELIEF (Ex Parte) by P for preservation ord/expedited disc/filing under seal/consolidated hrgs. (nss) FLD SEP (DISPO: GRANTED #6 thru #9 (Entered: 07/12/2005) |
| 07/12/2005 | 3 | CERTIFICATE OF INTERESTED PARTIES by Plf. (nss) (Entered: 07/12/2005) |
| 07/12/2005 | 4 | NOTICE OF HEARING Hrng has been set on mtn for TRO on 7/15/05 @ 9 am in Ctrm #7D. cpys dist (Entered: 07/14/2005) |
| 07/15/2005 | 5 | MISCELLANEOUS HEARING Ct Recorder: Lilia Carter: RE: TRO Hrng; ORD TRO will be granted. P is req to post a $10,000. (see doc). cpys dist (Entered: 07/18/2005) |
| 07/18/2005 | 6 | ORDER ORD Until fur ord of this Ct, this mtr shall be under seal. (see doc). cpys dist (Entered: 07/19/2005) |
| 07/18/2005 | 7 | ORDER ORD re Preservation of Evidence (see doc). cpys dist (Entered: 07/19/2005) |
| 07/18/2005 | 8 | ORDER ORD Court Directed Order to Preserve Evidence (see doc). cpys dist (Entered: 07/19/2005) |
| 07/18/2005 | 9 | ORDER ORD for Expedited Discovery (see doc). cpys dist (Entered: 07/19/2005) |
| 07/19/2005 | 10 | CERTIFICATE OF CASH DEPOSIT by Pltf in the amt of $10,000.00. (Entered: 07/26/2005) |
| 08/04/2005 | 11 | ORDER re expedited discovery. (cps dist) (Entered: 08/06/2005) |

| | | |
|---|---|---|
| 08/26/2005 | 12 | MOTION FOR MISCELLANEOUS RELIEF Petition for limited Exception to seal order. ORD attached. (s) (PART 1 OF 2) (Entered: 08/26/2005) |
| 08/31/2005 | 13 | ORDER that Plf's pet for ltd excetion to seal order (#12) is granted. (cps dist) (PART 2 OF 2) (Entered: 09/01/2005) |
| 10/28/2005 | | SUMMONS ISSUED to P (12) (Entered: 10/30/2005) |
| 10/28/2005 | 14 | AMENDED COMPLAINT w/JD obo P (FLD SEP) (nss) (Entered: 10/30/2005) |
| 12/06/2005 | 15 | ORDER REASSIGNING CASE. Case reassigned to Judge Brian E. Sandoval for all further proceedings. Judge Robert C. Jones no longer assigned to case. Signed by Judge Philip M. Pro on 12/06/05. (LG, ) (Entered: 12/06/2005) |
| 02/08/2006 | 16 | **SEALED** MOTION for Alternative Services, and to Unseal Order. by Plaintiff St. Matthew's University (Cayman) Ltd. (AXM, ) (Entered: 02/08/2006) |
| 02/15/2006 | 17 | NOTICE of THREE DAY intent to take default; by Plaintiff St. Matthew's University (Cayman) Ltd. (AXM, ) (Entered: 02/15/2006) |
| 02/15/2006 | 18 | NOTICE of Three Day Intent to take Default on Patricia Hough; by Plaintiff St. Matthew's University (Cayman) Ltd. (AXM, ) (Entered: 02/15/2006) |
| 02/15/2006 | 19 | MOTION to Dismiss claims 2, 3, 5, 6 ; by Defendants Association of American International Medical Graduates, Inc.,, Patricia Hough. Responses due by 3/5/2006. (AXM, ) (Entered: 02/15/2006) |
| 02/15/2006 | 20 | MOTION to Dismiss Complaint; by Defendant David L. Frederick. Responses due by 3/5/2006. (AXM, ) (Entered: 02/15/2006) |
| 02/15/2006 | 21 | ANSWER to AMENDED Complaint by Defendant Patricia Hough. Certificate of Interested Parties due by 2/25/2006. Discovery Plan due by 4/1/2006.(AXM, ) (Entered: 02/15/2006) |
| 02/15/2006 | 22 | ANSWER to AMENDED Complaint by Defendant Association of American International Medical Graduates, Inc.. Certificate of Interested Parties due by 2/25/2006. Discovery Plan due by 4/1/2006.(AXM, ) (Entered: 02/15/2006) |
| 02/21/2006 | 23 | MOTION to Substitute Attorney Karl S. Kronenberger of KRONENBERGER HANLEY, LLP instead of Karl S. Kronenberger of KRONENBERGER & ASSOCIATES by Plaintiff St. Matthew's University (Cayman) Ltd.. (MMM, ) (Entered: 02/22/2006) |
| 02/21/2006 | 24 | MOTION to Substitute Attorney Terri R. Hanley of KRONENBERGER HANLEY, LLP instead of Terri R. Hanley of KRONENBERGER & ASSOCIATES by Plaintiff St. Matthew's University (Cayman) Ltd.. (MMM, ) (Entered: 02/22/2006) |
| 02/21/2006 | 25 | CERTIFICATE OF SERVICE by Plaintiff St. Matthew's University (Cayman) Ltd. re 24 MOTION to Substitute Attorney, 23 MOTION to Substitute Attorney. (MMM, ) (Entered: 02/22/2006) |
| 03/03/2006 | 26 | ORDER granting 23 Motion to Substitute Attorney. Attorney Karl S. Kronenberger for St. Matthew's University (Cayman) Ltd. added. Signed by Judge Lawrence R. Leavitt on 3/3/06. (AXM, ) (Entered: 03/03/2006) |

| 03/03/2006 | 27 | ORDER granting 24 Motion to Substitute Attorney. Attorney Terri R. Hanley for St. Matthew's University (Cayman) Ltd. added. Signed by Judge Lawrence R. Leavitt on 3/3/06. (AXM, ) (Entered: 03/03/2006) |
| --- | --- | --- |
| 03/06/2006 | 28 | ORDER to Unseal Case. Signed by Judge Lawrence R. Leavitt on 3/6/06. (AXM, ) (Entered: 03/06/2006) |
| 03/06/2006 | 29 | ORDER for alternative service. Signed by Judge Lawrence R. Leavitt on 3/6/06. (AXM, ) (Entered: 03/06/2006) |
| 03/20/2006 | 31 | MOTION for Extension of Time *IN WHICH TO SERVE FIRST AMENDED COMPLAINT AND SUMMONS* by Plaintiff St. Matthew's University (Cayman) Ltd.. (Attachments: # 1 Proposed Order [Proposed] Order Granting Enlargement of Time)(Green, Ronald) (Entered: 03/20/2006) |
| 03/20/2006 | 32 | ERROR: Wrong event selected; CORRECTION: Attorney Ronald Green advised to re-file using Summons Returned Executed. (MJZ) (Entered: 03/20/2006) |
| 03/20/2006 | 33 | REPLY to Response to 20 MOTION to Dismiss; filed by Defendant David L. Frederick. *Plaintiff's Opposition to Defendant David L. Fredrick's Motion to Dismiss Plaintiff's Amended Complaint* (Reinmiller, Nathan) (Entered: 03/20/2006) |
| 03/20/2006 | 34 | REPLY to Response to 19 MOTION to Dismiss; filed by Defendants Association of American International Medical Graduates, Inc., Patricia Hough. (Reinmiller, Nathan) (Entered: 03/20/2006) |
| 03/21/2006 | 35 | SUMMONS Returned Executed by Plaintiff St. Matthew's University (Cayman) Ltd., Defendants Rachael E. Silver, Sarah B. Weinstein, Diedre Moore, Thomas Moore. Rachael E. Silver served on 3/16/2006, answer due 4/5/2006; Sarah B. Weinstein served on 3/16/2006, answer due 4/5/2006; Diedre Moore served on 3/16/2006, answer due 4/5/2006; Thomas Moore served on 3/16/2006, answer due 4/5/2006. (Attachments: # 1 Affidavit Summons of D. Moore# 2 Affidavit Summons of R. Silver# 3 Affidavit Summons of S. Weinstein# 4 Affidavit Summons of T. Moore)(Green, Ronald) (Entered: 03/21/2006) |
| 03/23/2006 | | ERROR: Wrong event selected; CORRECTION: Re-docketed as Proposed Discovery Plan/Scheduling Order by Court. (MJZ) (Entered: 03/23/2006) |
| 03/23/2006 | 36 | PROPOSED Discovery Plan/Scheduling Order filed by Defendants Rachael E. Silver, Sarah B. Weinstein, Association of American International Medical Graduates, Inc., David L. Frederick, Patricia Hough, Diedre Moore, Thomas Moore, Plaintiff St. Matthew's University (Cayman) Ltd. (MJZ) (Entered: 03/27/2006) |
| 03/27/2006 | 37 | ORDER re 36 Proposed Discovery Plan/Scheduling Order, filed by David L. Frederick,, Diedre Moore,, Patricia Hough,, Rachael E. Silver,, Sarah B. Weinstein,, Thomas Moore,, Association of American International Medical Graduates, Inc.,, St. Matthew's University (Cayman) Ltd.,. Discovery Plan due by 5/12/2006. Signed by Judge Lawrence R. Leavitt on 3/24/06. (AXM, ) (Entered: 03/27/2006) |

| 03/28/2006 | 38 | NOTICE by Plaintiff St. Matthew's University (Cayman) Ltd. *of Related Action Filed by Defendant David L. Fredrick in United States District Court, District of Maine (Case No. 06-CV-00052-DBH)* (Green, Ronald) (Entered: 03/28/2006) |
| 03/28/2006 | 39 | SUBPOENA Returned Executed as to Education Information Consultants, Inc.. (Green, Ronald) (Entered: 03/28/2006) |
| 03/28/2006 | 40 | SUBPOENA Returned Executed as to Educational International Consultants, LLC. (Green, Ronald) (Entered: 03/28/2006) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/03/2006 10:21:33 | | |
| **PACER Login:** | kk0184 | **Client Code:** SMU |
| **Description:** | Docket Report | **Search Criteria:** 2:05-cv-00848-BES-LRL |
| **Billable Pages:** | 3 | **Cost:** 0.24 |