**KRONENBERGER HANLEY, LLP**
Karl S. Kronenberger (*Pro Hac Vice*)
Terri R. Hanley (*Pro Hac Vice*)
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

P.J. Perrino, Jr. (ME. Bar No. 1675)(*Local Counsel*)
128 State Street, P.O. Box 49
Augusta, Maine 04332-0049
Telephone: (207) 622-1918
Facsimile: (207) 622-4531

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **DAVID L. FREDRICK,**<br><br>Plaintiff,<br><br>vs.<br><br>**ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.,**<br><br>Defendant. | Case No. 06-CV-00052-DBH<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)** |

Case No. 06-CV-00052-DBH                                    **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant St. Matthew's University (Cayman Ltd.) certifies the following:

St. Matthew's University is not a nongovernmental corporate party, but rather a chartered company organized and existing under the laws of Grand Cayman. Nonetheless, St. Matthews University has no parent corporation; it has stock; and the only publicly held corporation owning more than 10% of its stock is Ares Capital Corp. (ARCC).

Respectfully Submitted,

DATED: May 5, 2006

**KRONENBERGER HANLEY, LLP**

By:  /s/ Terri R. Hanley
Terri R. Hanley
Karl S. Kronenberger
Attorneys for Defendant
ST. MATTHEW'S UNIVERSITY
(CAYMAN) LTD.

DATED: May 5, 2006

**LAW OFFICES OF P.J. PERRINO, JR.**

By:  /s/ P. J. Perrino, Jr.
P.J. Perrino, Jr.
Attorney for Defendant
ST. MATTHEW'S UNIVERSITY
(CAYMAN), LTD.

KRONENBERGER HANLEY, LLP
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
www.KronenbergerLaw.com

Case No. 06-CV-00052-DBH

1

**CORPORATE DISCLOSURE STATEMENT**