**KRONENBERGER HANLEY, LLP**
Karl S. Kronenberger (*Pro Hac Vice*)
Terri R. Hanley (*Pro Hac Vice*)
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

P.J. Perrino, Jr. (ME. Bar No. 1675)(*Local Counsel*)
128 State Street, P.O. Box 49
Augusta, Maine 04332-0049
Telephone: (207) 622-1918
Facsimile: (207) 622-4531

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **DAVID L. FREDRICK,**<br><br>         Plaintiff,<br><br>    vs.<br><br>**ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.,**         Defendant. | Case No. 06-CV-00052-DBH<br><br>**CERTIFICATE OF SERVICE** |

Case No. 06-CV-00052-DBH                          **CORPORATE DISCLOSURE STATEMENT**

1   I hereby certify that on May 5, 2006, I electronically filed Corporate Disclosure
2   Statement Pursuant to Federal Rule of Civil Procedure 7.1(a) with the Clerk of Court
3   using the CM/ECF system which will send notification of such filing(s) to the following:
4   Barry A. Bachrach, bbachrach@bowditch.com, norourke@bowditch.com; Terri R.
5   Hanley, terri@kronenbergerlaw.com; Karl S. Kroenenberger,
6   karl@kronenbergerlaw.com; Pasquale J. Perrino, Jr., pjperrino@verizon.net,
7   mkulpa@webmaine.net, and I hereby certify that on May 5, 2006, I have mailed by
8   United States Postal Service, the document(s) to the following non-registered
9   participants:  None.
10  DATED: May 5, 2006

/s/ P.J. Perrino, Jr., Esq.
P.J. Perrino, Jr., Esq.
Attorney for St. Matthew's University
 (Cayman Ltd)

KRONENBERGER HANLEY, LLP
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
www.KronenbergerLaw.com

Case No. 06-CV-00052-DBH        1        **CORPORATE DISCLOSURE STATEMENT**