**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
Counsel for Defendant
ST. MATTHEW'S UNIVERSITY CAYMAN LTD

**BOWDITCH & DEWEY LLP**
Barry A. Bachrach, Esq. (Bar No. 002641)
311 Main Street
Worcester, MA 01615
Tel: (508) 926-3400
Fax: (508) 798-3537
Counsel for Plaintiff
DAVID L. FREDRICK

# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| DAVID L. FREDRICK,<br><br>Plaintiff,<br><br>vs.<br><br>ST. MATTHEW'S UNIVERSITY CAYMAN LTD,<br><br>Defendants. | Civil No. 06-52-P-H<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

Upon agreement of the parties, by and through the undersigned counsel, the within matter may be dismissed with prejudice. Each party has agreed to bear its own attorneys' fees and costs.

**BOWDITCH & DEWEY LLP**

Dated: April __, 2007

_____
Barry A. Bachrach, Esq.
311 Main Street
Worcester, MA 01615
Tel: (508) 926-3400
Fax: (508) 798-3537
Counsel for Plaintiff
DAVID L. FREDRICK

**KRONENBERGER BURGOYNE LLP**

Dated: April 13, 2007

_____
Karl S. Kronenberger, Esq.
150 Post Street, Suite 520
San Francisco, CA 94108
Tel: (415) 955-1155
Fax: (415) 955-1158
Counsel for Defendant
ST. MATTHEW'S UNIVERSITY CAYMAN LTD

## ORDER

Having considered the parties Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>DAVID L. FREDRICK v. ST. MATTHEWS UNIVERSITY CAYMAN LTD</u>, Civil No. 06-52-P-H is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: _____

_____
MARGARET J. KRAVCHUK
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2007, I directed my staff to electronically file with the Clerk of Court the following documents through the CM/ECF system:

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**

All parties will be provided Notice of this filing through the ECF system.

/s/
Karl S. Kronenberger, Esq.
150 Post Street, Suite 520
San Francisco, CA 94108
Tel: (415) 955-1155
Fax: (415) 955-1158
karl@kronenbergerlaw.com